William B Stewart, III
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile:   408-453-0530 (Call first)

RECEIVED

08 JUN 17 AM 8: 09

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

ORIGINAL FILED

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT, UNION <br> and <br> JOHN DOES 1 through 100, inclusive <br> Petitioner <br><br>             Vs. <br><br> WILLIAM BULLOCK STEWART III, <br> and. <br> DOES 1 through 50, inclusive <br> Respondent | ) SF Police CU vs William B. Stewart, III <br> ) <br> ) Fed. Case #C08 02143 *RS* <br> ) <br> ) former Calif. Sup. Ct. Case No. 1-07-CV-089409 <br> ) <br> ) <br> ) Notice of Removal <br> ) <br> ) <br> ) <br> ) |

To the Judges of the United States District Court for the Northern District of California, San Jose Division:

The notice of removal of William Bullock Stewart, III, herein, respectfully shows:

1.  On July 31, 2007, an action was commenced against defendant William Bullock Stewart, III, in the Superior Court of California, County of Santa Clara, No. 1-07-CV-089409, entitled San Francisco Police Credit Union, Plaintiff /vs/ William B Stewart, III, Defendant.

2.  Personal service was never made on defendant of a summons and complaint, copies were thrown on defendant's porch. Complaint copies are annexed to this notice, as part of the entire case file. All copies of the state court file proceedings have been attached. The case

is still in the pretrial stage and defendant William Bullock Stewart, III, is in the discovery phase of the case.

3.   The above-described action is a civil action of which this court has original jurisdiction under the provisions of the United States Code, Title 28, Section 1441, and is one that may be removed to this court by defendant, pursuant to United States Code, Title 28, Section §§ 1332, 1441 (b), for both civil rights reasons and diversity of citizenship of newly added cross-complainants, who are both flesh and blood persons and corporate persons who are not California residents, according to the following facts:

   a.   Plaintiff San Francisco Police Credit Union, at the time this action was commenced, corporation incorporated under the laws of the Sate of California, with its principal place of business in the State of California, the defendant was and still is a citizen of the State of California, but other new co-cross complainants are both flesh and blood persons and Corporations which are not at the time this action was commenced, was and still are not incorporated under the laws of the State of California, wherein this action was brought.

   b.   For approximately one year, March 2007 thru March 2008, Defendant was stalked, wiretapped, slandered and libeled by San Mateo Police Officers acting as collections agents under color of law.

   c.   In January 2008, in a secret meeting was held between San Mateo Police Officers with San Mateo County Sup. Ct. Judge Buchwald, where he was presented false and fraudulent testimony, in order to obtain an arrest warrant and excessive bail amount of $100,000 that exceeded even the bail schedules for the accused crimes, based on Plaintiff's false and never proven allegations.

   d.   On March 10, 2008 various civil rights abuses that had been on-going for over a year against the Defendant William Bullock Stewart, III, including violations of right to privacy and wiretap, slander, defamation and libel, which on that date escalated into a home invasion without lawful presentation of any warrant, kidnapping, false arrest and false imprisonment, malicious prosecution, abuse of process, unreasonable bail for charges.

   e.   On March 10, 2008, a Petition for Writ of Habeas Corpus was filed with the San Clara County Sup. Ct., and not acted upon until April 4, 2008.

   f.   Others who seek retribution for damages caused by Plaintiff SFPCU for civil rights abuses instigated towards and committed against Defendant William Bullock Stewart, III, now join the cross-complaint suit for damages as co-cross complainants.

      (1) Cross complainant who experienced home invasion, assault and battery; and now post tramatic stress syndrome is Rosalie Guancione, another occupant of 1461 Forrestal Ave. and her son, Anthony Guancione III,

owner of the property, who also joins this suit as he did not give his permission for the home invasion without warrant of his lawfully owned home.

(2) Other human cross complainants who seek a claim are first degree relatives of William Bullock Stewart, III, and have causes of action based on the defamation, slander and libel to the Stewart name, and the damages to the corporations that they have an interest in through equity, future equity, and employment opportunities. Some of these individuals are not residents of the state of California, and have not been residents of the state of California during the entire period since this action commenced. William B. Stewart, IV, and Jenn Stewart are residents of the state of Colorado, and James T. Stewart is a resident of the state of Virginia.

g. Other corporate persons who are new co-cross-defendants, who are registered in other states than California, who have suffered from the libel and other business losses (including physical prevention of meeting critical filing dates for licenses) due to this frivolous case and the fraudulent and illegal incarceration of the principle William B. Stewart III as a result of the warrantless home invasion, are

(1) General Innovations West, Inc. - a Nevada "c" corporation

(2) Stewart University of America – a 501(c)(3) non-profit educational institution, and a Washington, DC, corporation

(3) Royal House of Stewart Corporation, Inc. – a tax exempt and SEC exempt corporation in the British Commonwealth of St. Kitts and Nevis

h. On March 13, 2008, a judge refused to reduce the excessive and unreasonable bail set for William B. Stewart, III, by a judge, in absentia.

i. On April 16, 2008, the criminal case based upon fraudulent testimony presented by San Mateo City Police Investigator Scott Miller to Judge Gerald Buckwald of San Mateo County Sup. Ct., in order to get a warrant signed against William Bullock Stewart, III, was completely dismissed by the San Mateo County Sup. Ct. Judge after the Asst. District Attorney introduced a motion for dismissal based upon no evidence.

WHEREFORE, defendant prays that the above action now pending against him in the Superior Court of California, County of Santa Clara, be removed there from to this Court.

Dated: _June 16, 2008_

William B Stewart, III