WILLIAM B STEWART, III
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile:   408-453-0530 (Call first)

RECEIVED

08 JUN 17 AM 8: 12

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

FILED

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT FOURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT, UNION<br>and<br>JOHN DOES 1 through 100, inclusive<br>Petitioner<br>Vs.<br>WILLIAM BULLOCK STEWART III,<br>and.<br>DOES 1 through 50, inclusive<br>Respondent | ) SF Police CU vs William B. Stewart, III<br>)<br>) Fed. Case #C08 02143<br>)<br>) former Calif. Sup. Ct. Case No. 1-07-CV-089409<br>)<br>) Notice of Notice of Removal<br>)<br>)<br>)<br>)<br>) |

NOTICE IS HEREBY GIVEN that a notice of removal of the above-entitled action from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the Northern District of California, San Jose Division, (a copy of which is attached hereto.) was duly filed this day in the Office of the Clerk of the United States District Court for the Northern District of California, San Jose Division.

Dated: June 16, 2008

William B. Stewart, III

*/s/ William B. Stewart, III*
William B. Stewart, III
In Proper Persona