William Bullock Stewart, III
2094 El Camino Real #218.
Santa Clara, CA 95050
Tel. (408)453-0530
In Proper Persona

**RECEIVED**

**08 JUN 17 AM 8: 08**

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Respondent
William Bullock Stewart, III

**UNITED STATES DISTRICT COURT**

Northern District of California

San Jose Division

280 So First Street #3035

San Jose, CA 95113-3099

ORIGINAL FILED

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, )<br>And<br>JOHN DOES 1 through 100, inclusive )<br>         Petitioner )<br>         )<br>      v.        )<br>         )<br>WILLIAM BULLOCK STEWART III, and )<br>DOES 1 through 50, inclusive. )<br>        Respondent )<br>         ) | Federal Case #C08 02143 AS<br>former CA Civil No. 1-07-CV-089409<br>Sordelli DBA SF Police CU v. Stewart<br><br>FIRST AMENDED ANSWER TO<br>UNVERIFIED SECOND<br>AMENDED OMPLAINT |

Respondent, **WILLIAM BULLOCK STEWART, III,** ("STEWART"), by and through his attorney,

answers the unverified Complaint of Petitioner, **SAN FRANCISCO POLICE CREDIT UNION,**

("SFPCU"), alleging as follows:

1.    STEWART generally denies each and every allegation of the unverified Complaint on file

herein and denies further that SFPCU is entitled to any sum of damages at all.

**AFFIRMATIVE DEFENSES**

2.    AS FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, STEWART

alleges that the Complaint, and each cause of action thereof, fail to state facts sufficient to constitute a

cause of action against STEWART, and further fail to state facts upon which any claim can be based.

3.    An application for membership in a credit union does not constitute a loan application or a loan

(see para 4, 2nd Ammended Complaint).

4.      Petitioner was ordered by Judge Kevin E. McKenny of the Superior Court, on November 13, 2008, to strike the attorney fee allegations in with 10 days leave to amend on the ground that the petitioner failed to adequately allege any entitlement to an award of attorney's fees. Petitioner failed to strike the attorney fee allegations in the new filing of the Second Ammended Complaint on November 26, as ordered by the court. See para 5 of 2nd Ammended Complaint. NOTE: this was the third different addendum to the loan contract that petitioner submitted to the court in order to justify attorney fee payments, which suggests fraud and modification of material facts committed by Plaintiff SF Police Credit Union or Plaintiff's attorneys Scheer Law Group.

5.      Petitioner alleges that respondent requested a loan over a year after obtaining membership in the Petitioner's credit union. Petitioner has never produced any original loan application document containing an original signature of the respondent.

6.      Petitioner repeatedly produces copies of a credit union membership application from 2005 to give heft (physical weight to petitioners claim so as to impress anyone listening but not actually paying attention to what is being shown to them), and combines that with a different set of 2007 documents. The 2007 documents are multiple generation copies of documents received at the San Francisco Police Credit Union via facsimile machine. None of these 2007 documents held out as a loan application by respondent contains even one original signature by respondent.

7.      Petitioner alleges a loan to respondent, but has never provided proof of payment of a loan to respondent in the form of an endorsed check signed by respondent for any amount from the San Francisco Police Credit Union.

8.      Petitioner has never verified or validated the loan to respondent, which is required and prerequisite to suit or collection of a debt under the Fair Debt Collection Practices Act. See 15 U.S.C. Sect. 1692g and 1692c(c).

9.      Definition: "Verification" means that the living person who signs the response must be competent to testify, must have total personal knowledge, must make all statements under penalty of perjury under the Laws of the united states of America, and must make statements that are true, correct, complete, and not misleading. 6th Edition, Black's Law Dictionary.

10.     Total personal knowledge means: 'first hand knowledge'.

11.     Respondent asked Michael Sordelli, CEO and President, doing business as San Francisco Police Credit Union, was asked under the Federal Fair Debt Collection Practices Act by respondent William B. Stewart, III, whom Plaintiff Sordelli claims is his debtor, to both verify and validate the debt claimed by plaintiff against the respondent. Respondent wrote to Sordelli, President and CEO of

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

SF Police Credit Union, who is doing business as San Francisco Police Credit Union, on three separate occasions requesting a verification and validation of the debt. Neither Sordelli, nor anyone else, wrote back with a verification and validation of the debt. The same Federal Law requiring creditors to verify and validate a debt any time an alleged debtor writes requesting that the debt be verified and validated, also requires that the debt be discharged by the creditor, when the creditor does not verify and validate the debt. See 15 U.S.C. Sect. 1692g and 1692c(c). *(Exhibits A, B, C)*

12.     A motion for Summary Judgement will be filed by Respondent William B. Stewart, III, for dismissal of the claims of the Petitioner Sordelli, dba SF Police Credit Union, and his legal counsel, which lacks standing to pursue this case any further.

13.     Further, in violation of Fair Debt Collection Practices Act, the collections attorney working for Petitioner wrote a formal letter to Respondent, William B. Stewart, III, and scolded and mocked Respondent's "in proper" rights to communicate directly with any potential witness in the case as deemed by Respondent, and mocked and scolded Respondent in attempting to exercise his rights under the Federal Fair Debt Collection Practices Act. Petitioner's attorney, Seigel, complained to the Respondent that he should not write to his own credit union, of which Respondent William B. Stewart, III, has been and continues to be a member in good standing since approximately 2004 to the present. Respondent clearly has every lawful right as an in proper attorney, as a credit union member, and as an alleged debtor under Title 15 United States Code 1692c(c) and 1692g, to request a legal confirmation of any debt from any creditor via verification and validation.  In the opinion of the Respondent, sanctions should be brought against petitioner and petitioners attorney for attempts to deny of respondent's rights under federal law, and state law, and as an In Proper Persona attorney, to communicate with my credit union CEO, a witness in my case, and the SF Police Credit Union corporation identified Registered Agent for Service of Process for the petitioner (all the same person). *(Exhibit D, See Letter from Seigel, Exhibit E, California Business Web Portal, website of the California Secretary of State)*

14.     More recently, in a direct conversation with plaintiff's attorney Seigel, he has advised anyone receiving my discovery subpoenas and interrogatory requests that if they are not a direct party to the law suit that they do not need to answer the subpoenas, and that includes employees, agents and slaves of the SF Police Credit Union. I believe that Plaintiff's attorney is standing in the way of Lady Justice to prevent discovery which may product discoverable evidence in this case. This includes evidence from the two different independent auditor firms used by SF Police Credit Union, and employees of the SF Police Credit Union to include CEO Sordelli, EVP Reilly, the original source of the fraud

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

allegation at the SF Police Credit Union Collections Department, Ms. Debbie De Filippo, and other law enforcement officers who investigated the case and found no evidence of fraud. Plaintiff's attorney says that those individuals should ignore respondents supoena's for production of business records, tangibles and other interrogatories. The reason stated directly in conversation by Seigel is that it would be "more work" for his firm, this despite the complex nature of the case and the likelihood of discoverable evidence for the case. Plaintiff's legal counsel's behavior is obstructing justice and may necessitate the filing of numerous motions to compel and for sanctions against plaintiffs in this case and the cross-complaint filed by respondent William B. Stewart, III.

15.    Petitioner provides as Second Amended Complaint petitioner's Exhibit D is a faxed letter, again without original signature and claiming it as "evidence." Petitioner is negligent in accepting documents received via facsimile machine whose source or authenticity cannot be verified. Petitioner has irresponsible and negligent business practices and seeks to blame respondent for results of petitioners negligent and lax business practices.

16.    Petitioner refers to respondent's employer incorrectly as LCI, instead of Larkspur.

17.    Petitioner falsely claims that petitioner "is informed" that Larkspur does not exist. Larkspur is a business that has been registered as a business, in good standing, in the City of San Jose, which is the same city as the city of residence of the respondent. The business license of Larkspur in the City of San Jose has been continuous since 1996 and reflects the name General Innovations West, Inc., which is the source of respondent's 2006 IRS form 1099 for miscellaneous earnings. The existence of this Larkspur business license was confirmed by Sergeant Scott Miller to the San Mateo County District Attorney and the San Mateo Superior Court, on March 25, 2008. *(Exhibit F)*

18.    Larkspur has also filed the legally required fictitious name statements with the County of Santa Clara for the last eleven years. Santa Clara County is the county in which respondent William B. Stewart, III, lives. This makes it all the more negligent, malicious and slanderous that petitioner continues to assert that Larkspur does not exist. *(Exhibit G)*

19.    Claims by petitioner that Larkspur does/did not exist are both negligent and malicious. Petitioner made irresponsible claims and defamed both the business Larkspur and respondent.

20.    Petitioner makes the ludicrous innuendo that because Larkspur receives its United States Postal Mail at a P.O. Box that the company is not "real."

21.    Neither of the Independent Auditors, for the plaintiff, business names can be found on the California Secretary of State's Business Portal. *(Exhibit H, I)* Should we conclude that the auditors used by the credit union are a fraud? Obviously not, so why would anyone at the credit union or their

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

attorneys allege fraud by the respondent? To increase the possible award for punitive and exemplary damages, to prevent lawful discharge of the debt in federal bankruptcy court, and to get payment for the claimed loan loss through an insurance claim.

22.     Petitioner claims that a loan was made to respondent that respondent induced the credit union to make. Petitioner cannot make this conclusion based on a loan application received via facsimile transmission from unknown and unverifiable sources, without original signature. Petitioner has never verified and validated the alleged loan, and therefore under Title 15 USC Section 1692g, no loan exists.

23.     Respondent has a right to privacy and a right to bring action against defamation. Respondent asserts that invasion of his privacy by petitioner is unwarranted, negligent and malicious. Violation of respondent's privacy has included stalking and believed wiretap by agents of petitioner who have sought to strong arm collection of the alleged civil debt. Due to petitioners creditor harassment during a period of over a years duration by individuals acting under color of law, which has included various violations of civil rights of respondent and others soon to be added as co-respondents and cross-complainants, no further personal information regarding respondent should be compelled or allowed to be compelled by petitioner, as petitioner credit union and credit union agents, servants and employees have committed civil rights and privacy abuses against respondent.

24.     Petitioner makes loans that petitioner can sell via an underwriter in bulk quantities to other institutions. Loans are only made if an underwriter thinks that they can sell the loan based on the borrower's credit (not based on the lenders credit, nor does the lender lend any of their or their customers money to fund any loans). Loans made are sold without borrower's knowledge or consent. Lenders imply that they are loaning their own institution's money, or that of their depositors, when neither statement is true. Lenders sell the good name and good credit of the borrower to obtain funds from an outside third party institution.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT BY PETITIONER

25.     Petitioner has never proven an original contract or a loan according to Title 15 United States Code, via a true verification and validation.

26.     Respondent felt that petitioner had created a nuisance suit and offered to pay petitioner 150 days after approximately February 12, 2008. Petitioner's attorney confirmed that the offer was acceptable to petitioner, but secretly modified the terms with the Petitioner to include attorney fees

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

which had been denied by the Judge on November 13th, 2007 Order Re: Motion to Strike Portions of First Amended Complaint. Respondent refused to consent to something denied petitioner by a Judge of the Superior Court and that was not part of respondents bonafide offer to tender payment.

27.    Respondent later found out that petitioner had further breached contract with respondent on bonafide offer to pay by defaming respondent, lying to law enforcement authorities about existence of Larkspur, and concealing these issues from respondent at the time of new contract offer to pay. Respondents actions were both malicious, negligent and defamatory (See Cross Complaint for further information and claims for damages).

28.    Respondent prays leave of this court to amend this answer to insert the true amount of respondents damages, interest, attorney fees and costs, and other claims against petitioner when they are ascertained.


## SECOND CAUSE OF ACTION
## PETITIONERS CLAIMS OF MONEY EXCHANGE

29.    Petitioner has never proven a contract or a loan according to Title 15 United States Code, via a true verification and validation.

30.    Double ledger accounting entries in accounts owned by a credit union do not constitute a loan. A credit union owns all member accounts of the credit union. The same credit union can open or close any or all member accounts at will. Simple accounting entries made in a ledger owned by the credit union, regarding accounts owned by the credit union, do not constitute a loan.


## THIRD CAUSE OF ACTION
## PETITIONERS ALLEGATIONS OF FRAUD

31.    Petitioners allegations that Larkspur does not exist have been shown in the California Superior Court, County of San Mateo, to be fraudulent by San Mateo Police Sergent Scott Miller. Respondent's employer exists and has existed at all times for the last twelve years, 1996 to present, and certainly during the year 2007.

32.    Petitioners accounting systems are flawed, as reported in at least 5 years of Independent Auditor annual statements contained in Plaintiff's annual reports. Plaintiff's annual financial statements do not conform to the "Industry Audit Guide for Audits of Credit Unions" issued by the American Institute of Certified Public Accountants. Plaintiff switched Independent Auditors in 2007 to McGladrey & Pullen, in order to conceal and prevent those comments from continuing to appear in

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

annual reports when plaintiff could not get former independent auditor, Marlow & Massoni, to remove the statement indicating fraudulent SFPCU annual financial statements from the annual reports. Plaintiff issues fraudulent financial statements in annual reports in order to misrepresent total assets of the credit union by as much as almost 10 times the true or actual amounts in 2005 and years prior. It strikes respondent as extremely audacious for Petitioner, SFPCU and Michael R. Sordelli, Pres. / CEO, to fraudulently represent almost $400,000,000 a year more in assets than the credit union has, but turn around and accuse Respondent Stewart of fraud because his employer doesn't exist, when in fact it does and has existed for the last 12 years, as shown by business licenses and fictitious name statement filings.

33.    It is probably time for Micheal R. Sordelli's misrepresentation of to be indicted <u>For the many years of deliberate fraudulent corporate financial statement publishing by the Plaintiff, Plaintiff CEO and President Michael R. Sordelli of San Francisco Police Credit Union should be indicted, given a speedy trial and sent to prison immediately.</u>

34.    Petitioner has never shown that respondent made any allegations concerning his income, either true or false, and has merely produced multi-generation copies of documents received via facsimile machine with unverified source.

35.    Respondents employer, Larkspur, can and has for over a year, verified in writing, respondents employment and income. Further fishing by Petitioner for information regarding Respondent's assets and income is an on-going violation of respondent William Bullock Stewart, III's, right to privacy and outside the scope of the alleged loan application for the unsecured signature loan that this case involves, unlike petitioner's attorney claims, of a 'mortgage loan'. Further, petitioner requests for respondent's past years income tax records and income statements from respondent, were not and are not part of any unsecured signature loan application from the petitioner. Continued requests for these personal documents from respondent Stewart are a violation of respondents right to privacy, respondent's civil rights under equal protection under the law (as provision of income tax statements and filings are not required of other SFPCU signature loan applicants or debtors of alleged unsecured SFPCU signature loans), the Federal Fair Debt Collection Practices Act, and should not be discoverable in this case.

36.    AS FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Respondent's reserves the right to assert additional affirmative defenses that Respondent deems appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, STEWART prays for judgment against SFPCU as follows:

1.    That SFPCU take nothing by the Complaint, which will be dismissed with prejudice;

2.    For STEWART's costs of suit herein; and

3.    For such other and further relief as the Court deems just and proper.

4.    Claims, direct and indirect financial damages, physical injuries, civil rights abuses, slander and libel damages, emotional trauma and emotional distress damages (Post Traumatic Stress Syndrome from illegal home invasion), exemplary and punitive damages, and other monetary awards, as described in the Cross-Complaint

5.    That if the Court rules to offer any monetary award to petitioner for petitioner's claims, that the respondent not be compelled nor required to pay until the cross-complaint is settled completely.

                                        WILLIAM BULLOCK STEWART, III
                                        In Proper Persona

Dated: May 6, 2008

                                        By: WILLIAM B. STEWART, III

RECEIVED
08 JUN 17 AM 8:08
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

# NOTICE TO PLAINTIFF OF OFFER PENDING VERIFICATION

## EXHIBIT "A"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

William Bullock Stewart, III
(in proper persona)
1461 Forrestal Ave.
San Jose, CA 95110
Tel. (408)420-5714

G. Duarte

Respondent
William Bullock Stewart, III


# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, and JOHN DOES 1 through 100, inclusive<br><br>Petitioner.<br><br>WILLIAM BULLOCK STEWART III, and DOES 1 through 50, inclusive.<br><br>Respondent | ) Case No. 1-07-CV-089409<br>)<br>) NOTICE TO PLANTIFF OF<br>) OFFER PENDING<br>) VERIFICATION<br>)<br>)<br>)<br>) |

PROPOUNDING PARTY:    San Francisco Police Credit Union

RESOUNDING PARTY:    William Bullock Stewart III


COVER PAGE to pages 1 thru 4, attached.

--- Nothing follows on this sheet ------------------------------------------------------

# PRIVATE NOTICE OF OFFER PENDING VERIFICATION

---

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity**
**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity**
**Applicable to all Successors and Assigns**
*SILENCE IS ACQUIESCENCE*

---

## VERIFICATION

County:      _____Santa Clara_____        )
                                              )      *VERIFIED DECLARATION*
State:       _____California_____          )

I, William B. Stewart, III, Declarant herein, one of the Private People in the California Republic, one of The united states of America, a Union of republic states, declare under penalty of perjury under The Laws of The united states of America and of the Union Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's first hand knowledge.

Date: March 8, 2008 A.D.

Certified Mail #:  7007 2680 0001 0573 8156

To:    Michael R. Sordelli, President, CEO
       dba San Francisco Police Credit Union
       2550 Irving Street
       San Francisco, CA 94122-0219


From:  William B. Stewart, III
       1461 Forrestal Ave
       San Jose, CA 905110
       The united states of America

Re:    Account # 1363718 L4.1

Dear Michael R. Sordelli, President, CEO:

Please TAKE NOTICE that I am making this good faith Offer to pay off in full the alleged debt to San Francisco Police Credit Union.

Pursuant to 15 USC Sect. 1692g, you must verify, via affidavit or deposition, and validate the debt when you are asked to do so. I am asking you to verify and validate the alleged amount due.

"Verification" means that the living person who signs the response must be competent to testify, must have personal first hand knowledge, must make all statements under penalty of perjury under The Laws of the united states of America, and must make statements that are true, correct, complete, and not misleading. *Please consult the Sixth Edition of 'Black's Law Dictionary'.* (Definition explained herewith for your convenience)

# PRIVATE NOTICE OF OFFER PENDING VERIFICATION    Pg-2

Please take further NOTICE that your failure to timely provide a "verification" of the debt within seven (7) days of receipt of this NOTICE will place you in Fault, and your fault will be your agreement that you are refusing my good faith Offer to pay off the alleged debt, and pursuant to the Uniform Commercial Code, when an Offer to pay off a debt is refused, the debt is discharged to the extent of the amount offered.

In the meantime, I would kindly request that you cease and desist from contacting me by phone, or by letter, unless the letter is a "verification and validation" of the alleged debt. It would appear, according to the Federal Reserve's "Modern Money Mechanics", that I have been providing you and your Company with credit instead of the other way around; and I have not been making demands for the return of such credit and interest. BUT, THIS IS A MATTER I CAN TAKE UP LATER.

If you do not first provide me with a signed written "verification" and you make any further attempt to contact me by phone or signed or unsigned written communication, or you make any unverified adverse reporting to any Credit Bureau with regards to my Credit, this will be cause for MY contacting the Federal Trade Commission about your illegal trade practices as well as cause for MY private redress of grievance against you. ACT ACCORDINGLY.

I look forward to hearing from you soon with the verification and I thank you for your kind cooperation in this matter.

Further Declarant says not.

Respectfully submitted under my hand and Seal this _8th_ day of March, 2008 A. D.
With Reservation of All My Rights.

By: _WB Stewart III_                                    Seal:

William B. Stewart, III
1641 Forrestal Ave
San Jose, CA 95110
The united states of America

# PROOF OF MAIL SERVICE _____

I am an inhabitant of the California Republic, one of the union states within the united states of America, over the age of 18, and not a party to the within action.

My mailing location is c/o: _1471 Forrestal Ave San Jose CA_
_95110_

On the date below, I served the document called:

## *"Private Notice Of Offer Pending Verification"*

by US Mail at a United States Post Office located in the City of San Jose, with pre paid postage to:

Michael R. Sordelli, President, CEO
dba San Francisco Police Credit Union
2550 Irving Street
San Francisco, CA 94112-0219

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

*Executed at San Jose, California*

Date : March __8__ , 2008 A.D.

Signed _____

Printed Name ___ _mor_

U.S. Postal Service
CERTIFIED MAIL₋ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₋

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To _M. Sordelli Pres & Ceo_
Street, Apt. No.; or PO Box No. _SFPCU Sanfrancisco_
City, State, ZIP+4 _94122_

7007 2680 0001 05

03/09/2008
OAKRIDGE MALL STA
SAN JOSE, California
95123123O
0568370018 -0098
(800)275-8777
Sales Receipt
05:25:29 PM

# NOTICE TO PLAINTIFF OF FAULT ACTION TAKEN AGAINST PLAINTIFF

# EXHIBIT "B"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

William Bullock Stewart. III
(in proper persona)
1461 Forrestal Ave.
San Jose, CA 95110
Tel. (408)420-5714

Respondent
William Bullock Stewart, III

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, and JOHN DOES 1 through 100, inclusive | Case No. 1-07-CV-089409 |
| Petitioner. | NOTICE TO PLANTIFF OF FAULT ACTION TAKEN AGAINST PLANTIFF |
| WILLIAM BULLOCK STEWART III, and DOES 1 through 50, inclusive. | |
| Respondent | |

PROPOUNDING PARTY:    San Francisco Police Credit Union

RESOUNDING PARTY:    William Bullock Stewart III


COVER PAGE to pages 1 thru 4, attached

--- Nothing follows on this sheet ------------------------------------------------------------

# PRIVATE NOTICE OF FAULT WITH OPPORTUNITY TO CURE

---

### NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity
### NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity
### Applicable to all Successors and Assigns
### *SILENCE IS ACQUIESCENCE*

---

## VERIFICATION

| | | |
|---|---|---|
| County: | _____Santa Clara_____ | ) |
| | | ) *VERIFIED DECLARATION* |
| State: | _____California_____ ) | |

I, William B. Stewart, III, Declarant herein, one of the Private People in the California Republic, one of The united states of America, a Union of republic states, declare under penalty of perjury under The Laws of The united states of America and of the Union Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's first hand knowledge.

Date:  March 16, 2002 A.D.

Certified Mail #: 7007 2680 0001 0573 8163

To:    Michael R. Sordelli, President, CEO
       dba San Francisco Police Credit Union
       2550 Irving Street
       San Francisco, CA 94122-0219

From:  William B. Stewart, III
       1461 Forrestal Ave
       San Jose, CA 95110
       The united states of America

Re:    Account # 1363718 L4.1

Dear Michael R. Sordelli, President, CEO:

I served you a "Private Notice of Offer Pending Verification" to pay off in full, the alleged debt referenced by the above-numbered account, pending your "verification and validation" of said debt within ten (10) days of receipt of "Private Notice of Offer Pending Verification". Said "Private Notice of Offer Pending Verification" is incorporated herein by reference as if fully incorporated herein.

"Verification" means that the living person who signs the response must be competent to testify, must have personal knowledge, must make all statements under penalty of perjury under The Laws of The united states of America, and must make statements that are true, correct, complete, and not misleading. *Please consult the Sixth Edition of 'Black's Law Dictionary'.* (Definition explained herewith for your convenience)

## PRIVATE NOTICE OF FAULT WITH OPPORTUNITY TO CURE     Pg-2

You failed to provide a "verification and validation" of the alleged debt.

You are in **Fault**.

I am granting you seven (7) more days from receipt of this Notice to provide me with a "verification and validation" of the alleged debt.

Your failure to provide me a timely "verification and validation" of the alleged debt will place you in **Default**, and your Default will be an **agreement** that you **have refused** my good faith Offer to pay off the alleged debt.

Your refusal of my good faith Offer to pay off the alleged debt will be **your agreement with me** that the above referenced debt has been **paid** in full pursuant to the Uniform Commercial Code, and that you will not make any adverse reporting to any Credit Bureau with regards to my Credit, and that any adverse reporting by you or your Company against me and my credit will give me a cause of action against you personally. ACT ACCORDINGLY.

I look forward to hearing from you soon with the "verification" and I thank you for your kind cooperation in this matter.

Further Declarant says not.

Respectfully submitted under my hand and Seal this 16th, day of March, 2008 A. D.
With Reservation of All My Rights.

By: _____       Seal:
    William B. Stewart, III
    1461 Forrestal Ave
    San Jose, CA 95110
    The united states of America

PROOF OF MAIL SERVICE

I am an inhabitant of the California Republic, one of the union states within the united states of America, over the age of 18, and not a party to the within action.

My mailing location is c/o: _6650 Lo Court Expwy_

_San Jose CA 95119_

On the date below, I served the document called:

"Private Notice Of Fault With Opportunity To Cure"

by US Mail at a United States Post Office located in the City of San Jose, with pre paid postage to:

Michael R. Sordelli, President, CEO
dba San Francisco Police Credit Union
2550 Irving Street
San Francisco, CA 94112-0219

.......................................................

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Jose, California

Date: March __15__ 2008 A.D.

Signed _____ _Kathleen C._ _____

U.S. Postal Service
CERTIFIED MAIL.. RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ $3.00 |

Sent To    Michael Sordelli
Street, Apt. No.; or PO Box No.    SAN FRANCISCO, CA

03/15/2008
OAKRIDGE MALL STA
SAN JOSE, California
95123123230
056B370018 -0099
(800)275-8777
06:08:53 PM

]001 0573 8163

# NOTICE TO PLAINTIFF OF DEFAULT ACTION TAKEN AGAINST PLAINTIFF

# EXHIBIT "C"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

William Bullock Stewart. III
(in proper persona)
1461 Forrestal Ave.
San Jose, CA 95110
Tel. (408)420-5714


Respondent
William Bullock Stewart, III


SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, and ) | Case No. 1-07-CV-089409 |
| JOHN DOES 1 through 100, inclusive ) | |
| ) | NOTICE TO PLANTIFF OF |
| Petitioner. ) | DEFAULT ACTION TAKEN |
| ) | AGAINST PLANTIFF |
| WILLIAM BULLOCK STEWART III, and ) | |
| DOES 1 through 50, inclusive. ) | |
| ) | |
| Respondent ) | |

PROPOUNDING PARTY:    San Francisco Police Credit Union

RESOUNDING PARTY:    William Bullock Stewart III


COVER PAGE to pages 1 thru 4, attached.

--- Nothing follows on this sheet -------------------------------------------------------------

# PRIVATE NOTICE OF DEFAULT

---

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity**
**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity**
**Applicable to all Successors and Assigns**
**_SILENCE IS ACQUIESCENCE_**

---

## VERIFICATION

| | | |
|---|---|---|
| _County:_ | _____Santa Clara____ | ) |
| | | )    _VERIFIED DECLARATION_ |
| _State:_ | _____California_____ | ) |

I, William B Stewart, III., Declarant herein, one of the Private People in the California Republic, one of The united states of America, a Union of republic states, declare under penalty of perjury under The Laws of The united states of America and of the Union Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's first hand knowledge.

Date:  March 23, 2008 A.D.

Certified Mail #:  7007 2680 0001 0573 8170

To:  Michael R Sordelli, President, CEO
     dba San Francisco Police Credit Union
     San Francisco, CA 94122-0219

From:  William B Stewart, III
       1461 Forrestal Ave
       San Jose, CA 95110
       The united states of America

Re:  Account # 1363718L4.1

Dear Michael R Sordelli, President, CEO:

I served you a "Private Notice of Offer Pending Verification" to pay off in full, the alleged debt referenced by the above-numbered account, pending your verification and validation of said debt within ten (10) days of receipt of "Private Notice of Offer Pending Verification".

"Verification" means that the living person who signs the response must be competent to testify, must have personal knowledge, must make all statements under penalty of perjury under The Laws of The united states of America, and must make statements that are true, correct, complete, and not misleading. _Please consult the Sixth Edition of 'Black's Law Dictionary'._ (Definition explained herewith for your convenience)

# PRIVATE NOTICE OF DEFAULT

(pg. 2)

---

You failed to provide a "verification and validation" of the alleged debt.

You were in **Fault**.

I then served you with a "Private Notice of Fault With Opportunity to Cure" your fault, incorporated herein by reference as if fully incorporated herein, and granted you five (5) more days to cure said Fault by providing me a "verification and validation" of the alleged debt.

You again failed to provide me with a "verification and validation" of the alleged debt.

You are now in **Default** and your Default, pursuant to the "Private Notice of Fault With opportunity to Cure", created an agreement.

Your **Default** created an **agreement** between you and me that the alleged debt referenced by the above-mentioned account number is now fully discharged, and no additional amount is owing, and that you will not make any credit reporting that adversely affects me without incurring a major commercial liability.

Further Declarant says not.

Respectfully submitted under my hand and Seal this 23rd day of March, 2008 A. D.
With Reservation of All My Rights.

By: _William B Stewart, III_

    William B Stewart, III                  Seal:
    1461 Forrestal Ave
    San Jose, CA 95110
    The united states of America

## _____ PROOF OF MAIL SERVICE _____

I am an inhabitant of the California Republic, one of the union states within the united states of America, over the age of 18, and not a party to the within action.

My mailing location is c/o:  437 C - Costa Mesa Teri

Sunnyvale  CA  94086

On the date below, I served the document called:

### *"Private Notice Of Default"*

by US Mail at a United States Post Office located in the City of San Jose, with pre paid postage to:

Michael R. Sordelli, President, CEO
dba San Francisco Police Credit Union
2550 Irving Street
San Francisco, CA 94112-0219

..........................................................

*I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

*Executed at San Jose, California*

Date : March  25 , 2008 A.D.

Signed  V ARQ

Printed Name  Victoria Anna Barreto

City of San Jose Business Licenses for Larkspur (eleven
years continuously since 1996)

# EXHIBIT "D"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit
Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08
02143

ACCOUNT CREATE/UPDATE SCREEN - PART 2

```
+-----------------------------------------------------------------------------
|Account#    * : 150451 LARKSPUR                    Print New Certificate?
|Status (BLT)  : 2   INVOICE SENT - PAYMENT DUE        Home Occupation? Y
|       (BID)  : 0
|Care of (c/o) : GENERAL INNOVATIONS WEST INC       Exemption Code:
|Mailing Addr  : 15732 LOS GATOS BLVD                     Source:
|City/State/Zip: LOS GATOS CA 95032                   BIMS No: 000000
|
|SIC: 7,392   CONSULTANT                      rated on basis of EMPLOYEES
|Branch or Main account (B, M, or BLANK)?
|
|District   Start Date    Effective     Last Paid     Certif Printed  Expiration
|  01      08/01/1996    07/01/2008    06/29/2007    07/07/2007      06/30/2008
|
|Employees  : 1         Annual Fee :     150.00    BUSTAX Due :       150.00
|Units      : 0          Prior Fee :        .00       BID Due :          .00
|Square Feet: 0           Penalty :        .00      Total Due :       150.00
|
|
|Enter Y if application is complete or  TAB U to end this transaction
+-----------------------------------------------------------------------------
CTRL/R :Prev Scr | CTRL/L :General help | TAB/H :Field help | HOME/INSER <LK
```

The foregoing instrument is
a correct copy of the original
on file in this office.        3/27/08
Attest:                        Date
 Finance Department, Treasury Division
 City of San Jose
 County of Santa Clara, State of California
By: _____
Title: _____

COUNTY OF SANTA CLARA FICTITIOUS
BUSINESS NAME FILING FOR LARKSPUR
(ELEVEN YEARS CONTINUOUSLY SINCE 1996)

EXHIBIT "E"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit
Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08
02143

BRENDA DAVIS, County Clerk Recorder
SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE

**A.** MAILING NAME AND ADDRESS (OPTIONAL):

NAME Larkspur-Anthony V Guancione

ADDRESS 1401 Forrestal Ave

CITY/STATE/ZIP San Jose CA 95110

FORM MUST BE TYPED OR LEGIBLY COMPLETED USING BLACK INK ONLY.

File Number: 481151

No. of Pages: 1

File Date: 7/25/2006
Expires: 7/25/2011

Fee Total: 37.00

Clerk ID: 015

**FICTITIOUS BUSINESS NAME STATEMENT** - THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

1. Fictitious Business Name(s)    (Please number additional names; use an ADDENDUM form if additional room is required)

   Larkspur

2. Street Address of Principal Place of Business in California - (P.O. Box, PMB NOT acceptable):

   1401 Forrestal Ave    City San Jose    State CA    Zip 95110

3. Full Name of Registrant/Owner

   Anthony V Guancione    Full Name of Registrant/Owner

   Residence Address (P.O. Box or PMB not acceptable)
   1401 Forrestal Ave    Residence Address (P.O. Box or PMB not acceptable)

   City San Jose    State CA    Zip 95110    City    State    Zip

   (If a CORP, LLC, LLP, or LP, enter the State where registered)    (If a CORP, LLC, LLP, or LP, enter the State where registered)

   Full Name of Registrant/Owner    Full Name of Registrant/Owner

   Residence Address (P.O. Box or PMB not acceptable)    Residence Address (P.O. Box or PMB not acceptable)

   City    State    Zip    City    Zip

   (If a CORP, LLC, LLP, or LP, enter the State where registered)    (If a CORP, LLC, LLP, or LP, enter the State where registered)

4. This business is conducted by: (PLEASE CHECK ONE BOX ONLY from ONE GROUP. THE REMAINING GROUP WILL NOT HAVE A BOX CHECKED)

   **GROUP ONE:** [X] Individual  [ ] husband & wife  [ ] general partnership  [ ] copartners  [ ] joint venture  [ ] business trust
   [ ] an unincorporated association other than a partnership  [ ] OTHER (specify) ____

   OR

   **GROUP TWO:** [ ] corporation  [ ] limited liability company  [ ] limited liability partnership  [ ] limited partnership

5. Registrant began transacting business under the fictitious business name(s) listed above  [X] on (date): 8/21/1996
   or: [ ] has not yet begun

6. This filing is a: [ ] First Filing (Publication Required)  [X] Refile within 40 days of expiration with no changes from the previous filing
   [ ] Refile with changes (Publication Required)  [ ] Refile after 40 days of expiration date (Publication Required)

   CURRENT / PREVIOUS FILE NUMBER 397241    **(REQUIRED for a refile or renewal)**

   I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT.
   (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

7A. GROUP ONE REGISTRANT sign below:

   Signed X _(signature)_

   Print Full Name Anthony Guancione

7B. GROUP TWO REGISTRANT (CORPORATION, LLC, LLP, or LP)
   An officer must sign and complete the below information

   Entity Name ____

   Officer Signature X ____

   Print Name and Title ____

   ARTICLE/CERTIFICATION/REGISTRATION #
   from the Secretary of State's Office

   THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER OF SANTA CLARA COUNTY ON THE DATE INDICATED ON THE FILING LABEL ABOVE.

   NOTICE - This Fictitious Business Name Statement expires five years
   from the date it was filed in the Office of the County Clerk-Recorder.
   A new Fictitious Business Name Statement must be filed before that time.

   The filing of this statement does not of itself authorize the use in this state of a fictitious
   business name in violation of the rights of another under federal, state or common law.
   (see Section 14411 et seq., Business and Professions Code)

   I hereby certify that this copy is a correct copy of the original
   Fictitious Business Name Statement on file in my office.

   Brenda Davis, County Clerk-Recorder

   By ____ , Deputy

   LAURA RIVAS

   8246 REV 9/04

# LETTER FROM PLAINTIFF'S ATTORNEY STATING TO NOT SEND COMMUNICATIONS TO HIS CLIENT

## EXHIBIT "F"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143

SPENCER P. SCHEER
JOSHUA L. SCHEER
AUSTIN D. GARNER
REILLY D. WILKINSON
JONATHAN SEIGEL
MICHAEL D. IMFELD••

••OF COUNSEL

# SCHEER LAW GROUP, LLP
### ATTORNEYS AT LAW

155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CALIFORNIA 94903
PHONE (415) 491-8900 • FAX (415) 491-8910
FIRST LETTER OF USER NAME AND ENTIRE LAST NAME
@SCHEERLAWGROUP.COM

*REPRESENTING SECURED
CREDITORS THROUGHOUT
CALIFORNIA*

March 4, 2008

William Stewart
1461 Forrestal Ave
San Jose, CA 95110

Re: *SF Police Credit Union v. William Bullock Stewart, III*
SLG File No. S.135-215S

Dear Mr. Stewart:

My client has forwarded to me your February 29, 2008 letter to Michael R. Sordelli.  First, **please direct all future communications to me; do not send any more communications to my client.**

Second, no matter how many times you repeat yourself, my client did not reject any offer by you to pay the debt in full.  Why would it do so?  To the contrary, you have refused to sign settlement papers under which you would be required to pay your debt in full.  If you truly want to pay in full, you will sign and return the settlement papers to me and make payment in full.

Third, you have been provided with verification and validation of the debt.  However, I will do so again.  Enclosed is a copy of your application to SF Police Credit Union, various documents constituting the loan agreement, checks evidencing advancements made to you, and other documents.  As you know, I represent SF Police Credit Union, which still owns the debt.

Lastly, your statement in your letter that "silence is acquiescence" has no basis in law.  Fortunately, the law does not require parties to constantly respond to meritless assertions because failing to do so will be considered agreement.

You have failed to pay back money you owe to my client and defrauded them to obtain the money in the first instance.  You can play all the games you want now, but ultimately the validity of your conduct will be decided by the court.

SINCERELY,

JONATHAN SEIGEL

SCHEER LAW GROUP, LLP

Encls.

CALIFORNIA SECRETARY OF STATE WEBSITE
INDICATING THAT MICHAEL R. SORDELLI IS
IDENTIFIED TO THE STATE AS THE REGISTERED
AGENT FOR SERVICE OF PROCESS FOR SF
POLICE CREDIT UNION

# EXHIBIT "G"

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit
Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08
02143

California Business Po...

Secretary of State ...BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 06, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| S.F. POLICE CREDIT UNION | | |
| **Number:** C0352976 | **Date Filed:** 4/10/1958 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 2550 IRVING ST | | |
| SAN FRANCISCO, CA 94122 | | |
| Agent for Service of Process | | |
| MICHAEL R SORDELLI | | |
| 2550 IRVING ST | | |
| SAN FRANCISCO, CA 94122 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

CALIFORNIA SECRETARY OF STATE WEBSITE
INDICATING THAT THE CURRENT INDEPENDENT
AUDITOR FOR SF POLICE CREDIT UNION,
"MCGLADREY & PULLEN," CANNOT BE FOUND
ON THE CALIFORNIA BUSINESS PORTAL

**EXHIBIT "H"**

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit
Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08
02143

California Business Portal

Secretary of State BOWEN

## LP/LLC

New Search

Search Tips

**Field Definitions**

**Status Definitions**

**LLC Name Availability**

**LP Name Availability**

**Business Entities
Records Order Form**
  Certificates
  Copies
  **Status Reports**

LLC FAQS

**LP FAQS**

**LLC Main Page**

**LP Main Page**

**Site Search**

The information displayed here is current as of "Jun 6, 2008" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "McGladrey & Pullen"

Need help with your search?

# California Business Portal

Secretary of State ____ BOWEN

## Corporations

**New Search**
**Search Tips**
**Field Definitions**
**Status Definitions**
**Name Availability**
**Corporate Records**
**Business Entities Records Order Form**
 Certificates
 Copies
 Status Reports
**FAQs**
**Corporations Main Page**
**Site Search**

The information displayed here is current as of "JUN 06, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "McGladrey & Pullen"

Need help with your search?

CALIFORNIA SECRETARY OF STATE WEBSITE INDICATING THAT THE FORMER INDEPENDENT AUDITOR FOR SF POLICE CREDIT UNION, "MARLOW & MASSONI," CANNOT BE FOUND ON THE CALIFORNIA BUSINESS PORTAL

**EXHIBIT "I"**

First Amended Answer to Second Amended Complaint, Sordelli DBA SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02143



# California Business Portal

Secretary of State BOWEN

## LP/LLC

| New Search |
| Search Tips |
| Field Definitions |
| Status Definitions |
| LLC Name Availability |
| LP Name Availability |

**Business Entities
Records Order Form**
  **Certificates**
  **Copies**
  **Status Reports**

| LLC FAQS |
| LP FAQS |
| LLC Main Page |
| LP Main Page |
| Site Search |

The information displayed here is current as of "Jun 6, 2008" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "MARLOW & MASSONI"

Need help with your search?

# California Business Portal

Secretary of State DEBRA BOWEN

## Corporations

New Search
Search Tips
Field Definitions
Status Definitions
Name Availability
Corporate Records
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
FAQs
Corporations Main Page
Site Search

The information displayed here is current as of "JUN 06, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form. Certificates and/or certified copies can also be requested using the order form.

### No results matched the search term : "MARLOW & MASSONI"

Need help with your search?