DRAFT ORDER FROM TRIAL COURT

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, Et Al<br><br>　　　　　Petitioner<br><br>　　　v.<br><br>WILLIAM BULLOCK STEWART III,<br>Et Al<br>　　　　　Respondent | Case #C08 02996<br><br>SF Police CU v. Stewart<br><br>EX PARTE MOTION FOR PERMISSION TO FILE A MOTION FOR RECONSIDERATION<br><br>DATE:　　June 24, 2008<br>TIME:　　TBD<br>PLACE:　　TBD<br>TRIAL DATE: after Oct. 8, 2008 |

RECEIVED JUN 23 2008 RICHARD W. WIEKING U.S. DISTRICT COURT DISTRICT OF CALIFORNIA SAN JOSE

## ORDER GRANTING MOTION TO SUBMIT MOTION FOR RECONSIDERATION

On June 23, 2008 non-party to the complaint Larkspur filed a Motion for Permission to file a Motion to Vacate and Reconsider the state court's ruling on an unopposed motion to compel production of business records and for sanctions, which was issued immediately prior to removal of the entire complaint case to U.S. District Court based upon federal questions involving Title 15 U.S.C. § 1692g, and cross complaint case based upon Civil Rights and other federal tort issues.

The grounds for relief are rule 1, on page 149, U.S. District Court Handbook: The facts or law that the opposing party presented to the court are significantly different from the actual facts or law and the party applying for reconsideration could not reasonably have known the true facts or law before the court entered the order that the party now wants the court to change.

Page 5 of 39
Motion for Reconsideration of June 13, 2008 Order, brought by Larkspur (non-party),
SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div.,
Case #C08 02996

**GOOD CAUSE HAVING BEEN SHOWN**, The Court finds that:

Larkspur should have an opportunity to be heard on the motion.

The Court **GRANTS** the motion, and **IT IS ORDERED THAT**:

Larkspur is granted permission to file a motion for reconsideration. The original motion by Plaintiff for sanctions and to compel production of business records is STAYED pending Larkspur's submission of the motion for reconsideration and a hearing on the matter.

## ORDER GRANTING PERMISSION FOR SUBMISSION OF MOTION FOR RECONSIDERATION

The Clerk is directed to transmit copies of this Order to: counsel of record for Plaintiff, Defendant, and mail a copy of this Order to Larkspur.

DATED: _____ _____, 2008.

/s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT MAGISTRATE JUDGE

Page 6 of 39
Motion for Reconsideration of June 13, 2008 Order, brought by Larkspur (non-party),
SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div.,
Case #C08 02996