## DECLARATION OF ELAINE CANNELLA

I, Elaine Cannella, declare:

1. I am a non-party to the above entitled action, although I am a party to a cross-complaint filed against the Plaintiff in this action. I represent the interests of Larkspur, which is a California LLC.

2. I have a personal knowledge of the following facts:

3. I was told by Defendant William B. Stewart, III, approximately six weeks prior to the hearing on the motion for sanctions and to compel production of business records by Larkspur, that Jonathan Seigel, Attorney for Plaintiff, had stated that if Larkspur provided the discovery prior to the June 13th hearing on the motion for sanctions, that Seigel would take the hearing off calendar.

4. I produced all the business records in the possession of Larkspur that were requested to the third party Quest Discovery Services on June 12th and obtained a signed receipt for the records and signed agreement that Quest would call and notify Jonathan Seigel.

5. I was told by Defendant William B. Stewart, III, on the morning of July 13, that he had also sent an email to Plaintiff's attorney, Jonathan Seigel, that he could now take the motion off calendar. I did not send anyone to the June 13th hearing because of my belief and understanding that Plaintiff's attorney, Jonathan Seigel, would take the motion off calendar, because documents were received prior to June 13th and the information supplied by William B. Stewart, III from Jonathan Seigel.

7. Clearly opposing counsel lied to Defendant Stewart who is represented In Proper Persona. Plaintiff's have lied in the past to the San Mateo City Police, which caused them to perform a home invasion without warrant on March 10, 2008 and various other civil rights abuses. Fraud by Plaintiff's attorney, Jonathan Seigel caused me not to send anyone to the hearing, resulting a default ruling. By not taking the case off calendar after he had received the information, Plaintiff's attorney, Jonathan Seigel, also acted in bad faith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 20, 2008.

Elaine Cannella

[Signature]

Motion for Reconsideration of June 13, 2008 Order, brought by Larkspur (non-party), SF Police Credit Union v. Stewart, US District Ct., Northern District of California, San Jose Div., Case #C08 02996