**FILED**
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| William Bullock Stewart III, et al, | NO. C 08-2996 RS |
| Plaintiffs, | **ORDER DENYING NON-PARTY'S MOTION TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| San Francisco Police Credit Union, et al., | |
| Defendants. | |

On June 23, 2008, the Court received an *ex parte* motion from Larkspur, a non-party to Stewart's complaint, for permission to file a motion for reconsideration on a state court's ruling of an unopposed motion to compel. Under Civil Local Rule 7-10, an *ex parte* motion is permitted only if a statute, federal rule, local rule, or standing order authorizes such a motion. The motion must also include a citation to the statute, rule, or order which permits the use of an *ex parte* motion to obtain the relief sought. *Id*. Larkspur did not cite to a statute, rule, or order which permits the use of an *ex parte* motion to obtain the relief sought.

1

Accordingly, the *ex parte* motion to file a motion for reconsideration is denied.

IT IS SO ORDERED.

Dated: 6/25/08

RICHARD SEEBORG
United States Magistrate Judge

ORDER DENYING NON-PARTY'S MOTION TO FILE A MOTION FOR RECONSIDERATION
C 08-2996 RS

2

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:** |
| 2 | |
| 3 | Austin D. Garner    agarner@scheerimfeldlaw.com |
| 4 | Jonathan Seigel    jseigel@scheerlawgroup.com |
| 5 | Reilly Dennis Wilkinson    rwilkinson@scheerlawgroup.com |
| 6 | |
| 7 | **AND A COPY OF THIS ORDER WAS MAILED TO:** |
| 8 | William B Stewart, III<br>2094 El Camino Real<br>#218 |
| 9 | Santa Clara, CA 95050 |
| 10 | Rosalie A Guancione<br>15732 Los Gatos Blvd |
| 11 | #410<br>Los Gatos, CA 95032 |
| 12 | |
| 13 | Dated: June 26, 2008 |
| 14 | |
| 15 | |
| 16 | /S/    BAK<br>Chambers of Magistrate Judge Richard Seeborg |