JANE DOE, PRES. & CEO
FOR Stewart University of America
2094 El Camino Real, #218
Santa Clara, California 95050
Telephone: (408) 453-5446
Facsimile: (408) 453-0530
Non-party in suit: SFPCU v. Stewart,
and
Cross-complainant in suit: Stewart et al v. SFPCU et al

RECEIVED

08 JUL -1 PM 4: 44

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED

JUL 0 1 2008



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| SAN FRANCISCO POLICE CREDIT UNION, Plaintiff, vs. WILLIAM BULLOCK STEWART, III, Defendant, and Cross-Complainant | Case No. C08 02996 <br><br> **NON-PARTY TO SUIT NOTICE OF UNAVAILABILITY OF COUNSEL** <br><br> Date Action Filed: June 30, 2008 <br> Trial Date: None set |
|---|---|

PLEASE TAKE NOTICE that Stewart University of America, a Washington, D.C. based non-profit corporation, that is a non-party to the case SFPCU v. Stewart, will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require an attorney's immediate attention from the following dates listed below:

**Commencing June 30, 2008 through July 30, 2008.**

Further, at present there is no attorney yet identified and hired by Stewart University of America, to be responsible for this matter; therefore, scheduling matters during the above period may subject the offending party or counsel to sanctions.

Dated: June 30, 2008

Refiled to correct Dates.

JANE DOE, PRES. & CEO
FOR Stewart University of America

## DECLARATION OF SERVICE BY MAIL

Re:  SFPCU v. Stewart                    Case No. : C08 02996

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause. My business address is: POB 6341 Santa Clara, CA 95056
On 06/30/08 I served a true copy of the attached: Non-Party to Suit Notice of Unavailability of Counsel – Stewart University of America on each of the following, by placing same in an envelope(s) addressed as follows:

Scheer Law Group, LLP
Attn: Jonathan Seigel
155 No. Redwood Drive Ste 100
San Rafael, CA 94903

Each said envelope was sealed and the postage thereon fully prepaid. Each envelope was deposited with the United States Postal Service in San Jose, on the above date in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2008, at San Jose, California.

[declarant's signature]

RECEIVED
08 JUL -1 PM 4:44
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.