JANE DOE
TRUSTEE through General Innovations West, Inc.
FOR Larkspur (aka General Innovations West, LLC)
15732 Los Gatos Blvd., #410
Los Gatos, California 95032
Telephone: (408) 453-5446
Facsimile: (408) 453-0530
Non-party to suit: SFPCU v. Stewart,
and
Cross-complainant in suit: Stewart et al v. SFPCU et al

RECEIVED

08 JUL -1 PM 4:43

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, <br> Plaintiff, <br> vs. <br> WILLIAM BULLOCK STEWART, III, <br> Defendant, and Cross-Complainant | Case No. C08 02996 <br><br> **NON-PARTY TO SUIT NOTICE OF UNAVAILABILITY OF COUNSEL** <br><br> Date Action Filed: June 30, 2008 <br> Trial Date: None set |

PLEASE TAKE NOTICE that Larkspur, a California LLC, that is a non-party to the case SFPCU v. Stewart, will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require an attorney's immediate attention from the following dates listed below:

**Commencing June 30, 2008 through July 30, 2008.**

Further, at present there is no attorney yet identified and hired by Larkspur to be responsible for this matter; therefore, scheduling matters during the above period may subject the offending party or counsel to sanctions.

Dated: June 30, 2008

Refiled to correct dates

JANE DOE
TRUSTEE THRU General Innovations West, Inc.
FOR LARKSPUR (General Innovations West, LLC)

## DECLARATION OF SERVICE BY MAIL

Re: SFPCU v. Stewart                   Case No.: C08 02996

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause. My business address is <u>POB 6341 Santa Clara, CA 95056</u> On <u>06/30/08</u> I served a true copy of the attached: <u>Non-Party to Suit Notice of Unavailability of Counsel - Larkspur</u> on each of the following, by placing same in an envelope(s) addressed as follows:

Scheer Law Group, LLP
Attn: Jonathan Seigel
155 No. Redwood Drive Ste 100
San Rafael, CA 94903

Each said envelope was sealed and the postage thereon fully prepaid. Each envelope was deposited with the United States Postal Service in <u>San Jose</u>, on the above date in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>June 30, 2008</u>, at <u>San Jose</u>, California.

[declarant's signature]

RECEIVED
08 JUL -1 PM 4:45
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.