TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:  (510) 433-2600
Facsimile:  (510) 433-2699

Attorneys for Plaintiff
SAN FRANCISCO POLICE CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BULLOCK STEWART III; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 5:08-cv-02996 RS <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES** |

Plaintiff San Francisco Police Credit Union hereby submits this Certification of Interested Entities. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 14, 2008                    LOMBARDI, LOPER & CONANT, LLP


                                        By: ___/s/ Leora R. Ragones___
                                            LEORA R. RAGONES
                                            Attorneys for Plaintiff
                                            SAN FRANCISCO POLICE
                                            CREDIT UNION