TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Plaintiff
SAN FRANCISCO POLICE CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, et al. | Case No. 5:08-cv-02996 RS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFF SAN FRANCISCO POLICE CREDIT UNION'S MOTION TO DISMISS** |
| v. | Date:      August 20, 2008 |
| WILLIAM BULLOCK STEWART III; and DOES 1 to 50, inclusive, | Time:      9:30 a.m. |
| Defendants. | Ctrm:      4 |

On August 20, 2008 Plaintiff San Francisco Police Credit Union's Motion to Dismiss came on regularly for hearing in Courtroom 4 of the above entitled Court. After presentation of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED:

Plaintiff's Motion to Dismiss is GRANTED, in its entirety, without leave to amend, on the following grounds: Each of the claims asserted against San Francisco Police Credit Union fail to state facts sufficient to state a cause of action.

IT IS SO ORDERED.

DATED:

_____
U.S. DISTRICT COURT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541