TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
SAN FRANCISCO POLICE CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| SAN FRANCISCO POLICE CREDIT UNION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILLIAM BULLOCK STEWART III; and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case No. 5:08-cv-02996 RS<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, Noelle Duncan, do hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

On July 14, 2008, I served the within:

- **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES;**

- **PLAINTIFF SAN FRANCISCO POLICE CREDIT UNION'S NOTICE OF MOTION AND MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT; and**

- **[PROPOSED] ORDER GRANTING PLAINTIFF SAN FRANCISCO POLICE CREDIT UNION'S MOTION TO DISMISS**

///

CERTIFICATE OF SERVICE

1 | on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as
2 | follows:

| | |
|---|---|
| Spencer P. Scheer<br>Joshua L. Sheer<br>Austin D. Garner<br>Jonathan Seigel<br>Scheer Law Group, LLP<br>155 N. Redwood Drive, Ste. 100<br>San Rafael, CA 94903 | Telephone: (415) 491-8900<br>Facsimile: (415) 491-8910<br>*Attorneys for Plaintiff* |
| William Bullock Stewart, III<br>2094 El Camino Real, Ste. 218<br>Santa Clara, CA 95050<br>Telephone: (408) 453-0530<br>Facsimile: (408) 453-5446 | Telephone: (408) 453-0530<br>Facsimile: (408) 453-5446<br>*Plaintiff* |
| Rosalie A. Guancione<br>15732 Los Gatos Blvd., Ste. 410<br>Los Gatos, CA 95032 | Telephone: (408) 453-0530<br>Facsimile: (408) 453-5446 |
| Larkspur (Gen. Innov. West, LLC)<br>15732 Los Gatos Blvd., Ste. 410<br>Los Gatos, CA 95032 | Telephone: (408) 453-0530<br>Facsimile: (408) 453-5446 |
| General Innovations West, Inc.<br>2094 El Camino Real, Ste. 218<br>Santa Clara, CA 95050 | Telephone: (408) 453-0530<br>Facsimile: (408) 453-5446 |
| Stewart University of America<br>2094 El Camino Real, Ste. 218<br>Santa Clara, CA 95050 | Telephone: (408) 453-0530<br>Facsimile: (408) 453-5446 |

☐ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

00525-37991 LRAGONES 556218.1     2     Case No. 5:08-cv-02996 RS

CERTIFICATE OF SERVICE

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

☐ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2008, at Oakland, California.

                                                          /s/ Noelle Duncan
                                                           Noelle Duncan

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541