**United States District Court**
For the Northern District of California

**\*E-FILED 7/14/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, | No. C 08-02996 RS |
| Plaintiff(s), | |
| v. | **ORDER** |
| WILLIAM BULLOCK STEWART, et al., | |
| Defendant(s). | |

Pursuant to General Order 44, this case has been assigned to Magistrate Judge Richard Seeborg to conduct all further proceedings and to order the entry of final judgment upon the written consent of all parties in the case.

IT IS HEREBY ORDERED that the parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **July 23, 2008**.

If the parties do not consent, the case will be randomly reassigned to a District Judge of this court.

Dated: July 14, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Austin D. Garner    agarner@scheerimfeldlaw.com

Leora R. Ragones    lsimantov@llcllp.com, nduncan@llcllp.com

Jonathan Seigel    jseigel@scheerlawgroup.com

Reilly Dennis Wilkinson    rwilkinson@scheerlawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Rosalie A Guancione
15732 Los Gatos Blvd
Los Gatos, CA 95032

William Bullock Stewart III
2094 El Camino Real
#128
Santa Clara, CA 95050

Dated: July 14, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California