SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
AUSTIN D. GARNER #184022
JONATHAN SEIGEL # 168224
155 N. Redwood Drive, Suite 100
San Rafael, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
S.135-215S

Attorneys for Cross-Defendants
SCHEER LAW GROUP, LLP,
SPENCER SCHEER, and JONATHAN SEIGEL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION,<br><br>            Plaintiff,<br><br>    vs.<br><br>WILLIAM BULLOCK STEWART III, and DOES 1-50, inclusive<br><br>            Defendants. | No. C08 02996 RS<br><br>**CROSS-DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

   Pursuant to Local Rule 73-1, the undersigned parties hereby declines to consent to the assignment of this case to a United States Magistrate Judge and hereby request the reassignment of this case to a United States District Judge.

Dated: July 17, 2008                    SCHEER LAW GROUP, LLP


                                        /s/ Jonathan Seigel
                                        168224

CROSS-DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

PAGE 1

1  SPENCER P. SCHEER #107750
   JOSHUA L. SCHEER #242722
2  AUSTIN D. GARNER #184022
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   SCHEER LAW GROUP, LLP
4  155 N. REDWOOD DRIVE, SUITE 100
   SAN RAFAEL, CA  94903
5  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910
6  S.135-215S

7  Attorneys for Cross-Defendants
   SCHEER LAW GROUP, LLP,
8  SPENCER SCHEER, and
   JONATHAN SEIGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BULLOCK STEWART III, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C08 02996 RS<br><br>**PROOF OF SERVICE BY MAIL** |

I, SHANNON MYLES, declare that:

I am employed in the County of Marin, State of California.  I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California  94903.

On July 17, 2008, I served the within CROSS-DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at San Rafael, California, addressed as follows:

PROOF OF SERVICE - 1

1 | WILLIAM BULLOCK STEWART, III
2094 EL CAMINO REAL, #128
2 | SANTA CLARA, CA 95050

3 | LEORA R. RAGONES
LOMBARDI LOPER & CONANT, LLP
4 | 1999 HARRISON STREET, SUITE 2600
OAKLAND, CA 94612

6 | [ X ]  (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the United States mail at San Rafael, California.

[ ]  (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ]  (By Personal Service)  I caused such envelope to be delivered by hand to the addressee(s).

[ ]  BY OVERNIGHT MAIL: by depositing in a box or other facility regularly maintained by DHL, an express carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery provided for or paid.

[ X ]  Executed on July 17, 2008, at San Rafael, California.

[ X ]  (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]  (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

                          /s/ Shannon Myles

H:\CLIENT CASES\SF POLICE V. STEWART\POS-DECLINATION (7-16-08)

PROOF OF SERVICE - 2