**United States District Court**
For the Northern District of California

1

2

3                                                    **\*E-FILED 7/18/08\***

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   SAN FRANCISCO POLICE                    No. C 08-02996 RS
     CREDIT UNION,
12
               Plaintiff,
13
          v.                                 **CLERK'S NOTICE OF IMPENDING**
14                                           **REASSIGNMENT TO A UNITED**
     WILLIAM BULLOCK STEWART III, et al.     **STATES DISTRICT JUDGE**
15
               Defendants.
16   _____/

17        The Clerk of this Court will now randomly reassign this case to a United States District

18   Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

19        PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled

20   matter which was previously set for October 8, 2008 at 2:30 p.m. before the Honorable Judge

21   Richard Seeborg has been vacated.

22
     Dated:  7/18/08
23

24

25                                           For the Court,
                                             RICHARD W. WEIKING, Clerk
26

27                                           By:   /s/ Martha Parker Brown_____
                                                   Courtroom Deputy Clerk
28

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Austin D. Garner    agarner@scheerimfeldlaw.com

Leora R. Ragones    lsimantov@llcllp.com, nduncan@llcllp.com

Jonathan Seigel    jseigel@scheerlawgroup.com

Reilly Dennis Wilkinson    rwilkinson@scheerlawgroup.com

**AND A COPY WAS MAILED TO**:

Rosalie A Guancione
15732 Los Gatos Blvd
Los Gatos, CA 95032

William Bullock Stewart III
2094 El camino Real
#128
Santa Clara, CA 95050

Dated: 7/18/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2