Cross-Complainants
WILLIAM B STEWART, III
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile:   408-453-0530 (Call first)

**FILED**

2008 AUG 14  P 4: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| S.F. Police Credit Union                    ) | SF Police Credit Union vs. Stewart |
| Scheer Law Group, LLP                       ) | Fed. Case #C08 02996 RS  / JF |
| Mr Spencer P. Scheer (personally)           ) | |
| Mr Jonathon Seigel (personally)             ) | |
| Et al                                       ) | Notice of Address Change |
| And others as identified in discovery       ) | |
| Plaintiffs                                  ) | |
| vs.                                         ) | |
|                                             ) | |
|                                             ) | |
| William B Stewart, III                      ) | |
| Defendant and Cross-Complainant )           | |
| Rosalie A. Guancione                        ) | |
| Lance A Stewart                             ) | |
| Dr. William B Stewart, Jr.                  ) | |
| Rosalie M. Stewart                          ) | |
| Stewart University of America (A Corp.      ) | |
| of the District of Columbia)                ) | |
| General Innovations West, Inc. (A Corp.     ) | |
| of Nevada)                                  ) | |
| Royal House of Stewart Corporation,         ) | |
| (A Corp. of the Federation of               ) | |
| St. Kitts and Nevis, West Indies,           ) | |
| Commonwealth)                               ) | |
| General Innovations West, LLC               ) | |
| (A California registered LLC)               ) | |
| Cross-Complainants                          ) | |
|                                             ) | |

Defendant, Notice of Address Change, LRCP 3-11, SF Police CU v. Stewart,
Case #C08 02996,  U. S. District Court, Northern District of California, San Jose Division

Defendant William B. Stewart, III, hereby submits this Notice of Address Change to all interested persons. The court record somehow became corrupted and a change in defendant's address had been inadvertently made without Defendant William B. Stewart, III,'s knowledge. This resulted in incorrectly addressed correspondence to Defendant William B. Stewart, III, from the Court, that was delayed in receipt.

Notice of Address Change. Pursuant to Civil Local Rule 3-11, the undersigned certifies that as of this date (and for all dates that this case has been in U.S. District Court), that the address for the undersigned is as stated on the caption page.

Dated: 13 Aug 08

_____
William B. Stewart, III

Defendant, Notice of Address Change, LRCP 3-11, SF Police CU v. Stewart,
Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division