WILLIAM B STEWART, III
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile:    408-453-0530 (Call first)

**FILED**

2008 AUG 14  P 4: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| S.F. Police Credit Union ) | SF Police Credit Union vs. Stewart |
| Scheer Law Group, LLP ) | Fed. Case #C08 02996 RS /JF |
| Mr Spencer P. Scheer (personally) ) | |
| Mr Jonathon Seigel (personally) ) | Notice of Interested Parties on Plaintiff's Side |
| ET AL ) | or who are Counter-Defendants, or Cross-Defendants |
| Others as identified in discovery ) | |
| vs. ) | |
| William B Stewart, III ) | |
| ET AL ) | |

"Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Listing of names of Plaintiff's, Counter-Defendants and Cross-Defendants, and identification of general connection and interest in this case

These individuals are being sued for different things:
Groupings of violations include (see list after this):

SF Police Credit Union, it's CEO Sordelli, it's employee Debbie Di Filippo, for making false testimony resulting in a home invasion, assault & battery, violation of privacy for over one year, including telephone records, stalking, etc., all under color of law and in violation of the Federal Fair Debt Collection Practices Act (Title 15 USC), slander

Scheer Law Firm as the Debt Collection Agency for Plaintiff SF Police Credit Union, for violation of Federal Fair Debt Collection Practices Act (Title 15 USC) and Impeding Commerce (Title 18 USC), and suborning perjury of a credit union employee to allege Fraud without knowledge or proof of same.

Members of Judiciary in County of San Mateo are being sued for deliberate conspiracy and denial of due process, fair bail, and other denial of civil rights.

City of San Mateo and Members of San Mateo City council, Police Chief and involved Law Enforcement Officers, are being sued for ignoring letters sent in advance warning of ongoing violations of SGT Miller with regard to privacy and violation of Federal Fair Debt Collection Practices Act, which resulted and culminated in a raid and home invasion without warrant, assault and battery, various other violations of civil rights.

County of San Mateo and Members of San Mateo County Council, Dept. of Corrections, illegal detainment, illegal extradition, illegal imprisonment, abuse of process, malicious prosecution, negligent prosecution, cruel and unusual punishment, faulty arraignment, denial of due process, etc..

County of Santa Clara and Members of Santa Clara County Council, Dept. of Corrections, illegal home invasion, assault & battery, illegal detainment, illegal extradition, illegal imprisonment, abuse of process, malicious prosecution, negligent prosecution, cruel and unusual punishment, faulty arraignment, denial of due process, etc..

City of San Jose and Members of San Mateo County Council, Police Chief and involved Law Enforcement Officers, illegal home invasion, assault & battery, illegal detainment, illegal extradition, illegal imprisonment, abuse of process, malicious prosecution, negligent prosecution, cruel and unusual punishment, faulty arraignment, denial of due process, etc..

victim of stalking, Defendant in civil case, Cross-complainant and Counter-claimant for damages regarding numerous civil rights issues including false arrest, false imprisonment, victim of fraudulent testimony, cruel and unusual punishment, unfair bail amount, lack of due process, 1st, 4th, 5th, 6th, 8th, 14th and others, various tort claims, violation of privacy, slander, mental distress, victim of plaintiffs, government entity and govt. employee abuse of process, negligence and malicious prosecution, violation of Title 15 U.S.C. section 1692 Fair Debt. Collection Practices Act (Scheer Law Firm being the Debt Collector, and SF Police Credit Union since the money they loaned and collected payments for was not their own but paper that they had sold), violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Rosalie A. Guancione – victim of stalking, victim of violation of civil rights including 1st, 4th, 6th, 8th, 14th and others, various tort claims, invasion of privacy, illegal detainment, assault & battery, slander, mental distress, board member of below listed non-profit corporation, officer, owner, employee or stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

| 1 | City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | no private address for this agency |
|---|---|---|

Page 2 of 10
Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

|   |   |   |
|---|---|---|
|   | County of San Mateo<br>Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | no private address for this agency |
| 3 | City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | no private address for this agency |
| 4 | County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | no private address for this agency |

Credit Union: Cross-Defendants

|   |   |
|---|---|
| Jon Seigel<br>Scheer Law Group, LLP<br>155 N. Redwood Drive, Ste. 100<br>San Rafael, CA 94903 |   |
| Mr Spencer P Scheer<br>Scheer Law Group, LLP<br>155 N. Redwood Drive, Ste. 100<br>San Rafael, CA 94903 | will be sued personally |
| Michael Sordelli-Pres/CEO dba SF Police CU<br>2550 Irving Street<br>San Francisco, CA 95 | Michael Sordelli |
| Ms Dbbie Di Filippo<br>San Francisco Police CU<br>2550 Irving Street<br>San Francisco, CA |   |

City of San Mateo: Cross-Defend

Page 3 of 10

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

ants

| | |
|---|---|
| **Councilperson Brant Grotte**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Brant Grotte |
| **Councilperson Jon Lee**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Jon Lee |
| **Councilperson Jan Epstein**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Jan Epstein |
| **Councilperson Carol Groom**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Carol Groom |
| **Mayor and Councilman- Jack Matthews**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Jack Matthews |
| **Susan Manheimer, City of San Mateo Police Chief**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Susan Manheimer |
| **Detective/Sergeant Scott Miller, San Mateo PD**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Scott Miller |

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

| | | |
|---|---|---|
| | **Detective Dept Head Dave Peruzzaro**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Dave Peruzzaro |
| | **Detective Stewart**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | Detective Stewart |
| | **John Does 1-15**<br>all San Mateo City PD police officers who participated in home invasion, assault &battery, kidnap, false arrest, false imprisonment | |
| | **City of San Mateo Police Dept**<br>c/o City Clerk<br>City of San Mateo<br>330 West 20th Avenue<br>San Mateo, CA 94403 | no private address for this agency |
| | **Internal Affairs Unit**<br>San Mateo City Police Dept.<br>2000 So. Delaware St.<br>San Mateo, CA 94403 | |
| | **Chief of Police**<br>San Mateo City Police Dept.<br>2000 So. Delaware St.<br>San Mateo, CA 94403 | |
| County of San Mateo: Cross-Defendants | | |
| | **President and Supervisor Adrienne J Tissier**<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | Adrienne J Tissier |
| | **Vice Pres and Supervisor Mark Church** | Mark Church |

Page 5 of 10

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

| | |
|---|---|
| County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | |
| Supervisor Jerry Hill<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | Jerry Hill |
| Supervisor Richard S Gordon<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | Richard S Gordon |
| Supervisor Rose Jacobs<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | Rose Jacobs |
| San Mateo County Dept of Corrections<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | no private address for this agency |
| all Sheriff's Deputies working during my period in jail, kidnapped, and under false arrest. | |
| San Mateo Judge Gerald Buchwald<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | Gerald Buchwald |
| Redwood City (Ret.) Commissioner Joseph Gruber<br>County of San Mateo Claims<br>Board of Supervisors<br>400 County Center<br>Redwood City, CA 94063 | Joseph Gruber |

City of
San

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

Jose: Cross-Defendants

| | |
|---|---|
| Mayor and Councilperson Chuck Reed<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | Chuck Reed |
| Vice Mayor and Counciplerson David D Cortese<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | David D Cortese |
| Councilperson Pierluigu Oliverio<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | Pierluigu Oliverio |
| Councilperson Pete Constant<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | Pete Constant |
| Councilperson Madison Nguyen<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | Madison Nguyen |
| Councilperson Sam Liccardo<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | Sam Liccardo |
| Councilperson Judy Chirco<br>City of San Jose<br>Office of the City Clerk<br>200 East Santa Clara Street<br>San Jose, CA 95113 | Judy Chirco |
| Councilperson Kansen Chu | Kansen Chu |

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

City of San Jose
Office of the City Clerk
200 East Santa Clara Street
San Jose, CA 95113

Councilperson Nancy Pyle                Nancy Pyle
City of San Jose
Office of the City Clerk
200 East Santa Clara Street
San Jose, CA 95113

Councilperson Nora Campos               Nora Campos
City of San Jose
Office of the City Clerk
200 East Santa Clara Street
San Jose, CA 95113

San Jose City Police Dept               no private address for this agency
City of San Jose
Office of the City Clerk
200 East Santa Clara Street
San Jose, CA 95113

San Jose City Police Chief Rob Davis    Rob Davis
City of San Jose
Office of the City Clerk
200 East Santa Clara Street
San Jose, CA 95113

all San Mateo City PD police officers
who participated in home invasion,
assault &battery, kidnap, false arrest,
false imprisonment

San Jose Police Department
Internal Affairs Unit
777 No. First St., #666
San Jose, CA 95112

Office of the Independent Police
Auditor
2 No. Second St., Ste 93
San Jose, CA 95113

Chief of Police
San Jose Police Dept.
201 W. Mission St.
San Jose, CA 95109

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

County of Santa Clara: Cross-Defendants

| | | |
|---|---|---|
| | Judiciary of Santa Clara County who Failed to Ignored Petition for Habeus Corpus<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | no private address for this agency |
| | Santa Clara County Dept of Corrections<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | no private address for this agency |
| | all Sheriff's Deputies working during my period in jail, kidnapped, and under false arrest. | |
| | Supervisor Donald F Gage<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | Donald F Gage |
| | Supervisor Pete McHugh<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | Pete McHugh |
| | Supervisor Liz Kniss<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | Liz Kniss |

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

| | |
|---|---|
| Supervisor Blanca Alvarado<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | Blanca Alvarado |
| Supervisor Ken Yeager<br>County of Santa Clara<br>Clerk of the Board of Supervisors<br>70 W. Hedding St., East Wing, 10th Floor<br>San Jose, CA 95110 | Ken Yeager |

All Cross Defendants and Counter Claim Defendants, are being sued in their public and private capacities. This list may grow since this is prior to discovery.

Dated: 13 AUG 08

_____
William B. Stewart, III

Page 10 of 10

Defendant, List of Interested Counter-Defendants, and Cross-Defendants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division