WILLIAM B STEWART, III
In Proper Persona
2094 El Camino Real #218
Santa Clara, CA 95050
Facsimile:    408-453-0530 (Call first)

**FILED**

2008 AUG 14  P 4: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
Northern District of California
San Jose Division
280 So First Street #3035
San Jose, CA 95113-3099

| | |
|---|---|
| S.F. Police Credit Union<br>Scheer Law Group, LLP<br>Mr Spencer P. Scheer (personally)<br>Mr Jonathon Seigel (personally)<br>ET AL<br>Others as identified in discovery<br>vs.<br><br>William B Stewart, III<br>ET AL | SF Police Credit Union vs. Stewart<br>Fed. Case #C08 02996 RS / JF<br><br>Notice of Interested Parties on Defendant's Side |

"Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Listing of names of Defendant, Counter-complainant and Cross-complainants, and identification of general connection and interest in this case

William B Stewart, III – victim of stalking, Defendant in civil case, Cross-complainant and Counter-claimant for damages regarding numerous civil rights issues including false arrest, false imprisonment, victim of fraudulent testimony, cruel and unusual punishment, unfair bail amount, lack of due process, 1st, 4th, 5th, 6th, 8th, 14th amendments of US Constitution and others, various tort claims, violation of privacy, slander, mental distress, victim of plaintiffs, government entity and govt. employee abuse of process, negligence and malicious prosecution, violation of Title 15 U.S.C. section 1692 Fair Debt. Collection Practices Act (Scheer Law Firm being the Debt Collector, and SF Police Credit Union since the money they loaned and collected payments for was not their own but paper that they had sold), violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Rosalie A. Guancione – victim of stalking, victim of violation of civil rights including 1st, 4th, 6th, 8th, 14th amendments of US Constitution and others, various tort claims, invasion of privacy, illegal detainment,

Page 1 of 3
Defendant, Counter-Claimant, and Cross-Complainants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division

assault & battery, slander, mental distress, board member of below listed non-profit corporation, officer, owner, employee or stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Anthony V. Guancione, III – home owner who was victim of home invasion without warrant, victim of stalking for one year, victim of violation of civil rights, violation of rights to privacy of telephone records, including 1st, 4th, 6th, 8th, 14th amendments of US Constitution and others, various tort claims, invasion of privacy, slander, mental distress, employee or stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Lance A Stewart – victim of stalking, victim of slander, board member of below listed non-profit corporation, prospective employee and stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Dr. William B Stewart, Jr. – victim of stalking, victim of slander, board member of below listed non-profit corporation, employee and stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Rosalie M. Stewart – victim of slander, prospective board member of below listed non-profit corporation, stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Other first and second degree relatives of William B. Stewart, III – victim of slander, prospective board member of below listed non-profit corporation, stock holder of below listed for profit corporations, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Stewart University of America (A Corp. of the District of Columbia) – denial of due process, victim of stalking, victim of slander, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

General Innovations West, Inc. (A Corp. of Nevada) – victim of slander, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Royal House of Stewart Corporation (A Corp. of the Federation of St. Kitts and Nevis, West Indies, Commonwealth) – victim of stalking, victim of slander, victim of plaintiffs, government entity and govt.

employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

General Innovations West, LLC (A California registered LLC) – victim of slander, victim of plaintiffs, government entity and govt. employee violation of Title 18 U.S.C. Impeding Commerce, both direct and consequential damages, and Title 18 USC Racketeer Influenced and Corrupt Organizations Act of 1970

Employees, Contractors, and Officers of all of the above corporations, including the privately held Royal House of Stewart, were stalked and their privacy was violated.

Defendant William B. Stewart, III, will indicate by separate list on another Certificate of Interested Entities those that are Cross Defendants and Counter Claim Defendants, as he understands them currently, although that list may grow since this is prior to discovery.

Dated: 13 AUG 08

_____
William B. Stewart, III

_____
Rosalie A. Guancione

_____
R. A. Guancione, Pres. & CEO
for Stewart University of America

_____
William B. Stewart, III, for Royal House of Stewart Corporation, Inc.

_____
R. Aubree Guancione for
General Innovations West, Inc.

_____
Elaine Cannella for General Innovations West, Inc., sole member, General Innovations West, LLC

Page 3 of 3
Defendant, Counter-Claimant, and Cross-Complainants, Stewart v SF Police CU, Case #C08 02996, U. S. District Court, Northern District of California, San Jose Division