SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
AUSTIN D. GARNER #184022
JONATHAN SEIGEL # 168224
155 N. Redwood Drive, Suite 100
San Rafael, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
S.135-215S

Attorneys for Cross-Defendants
SCHEER LAW GROUP, LLP,
SPENCER SCHEER, and JONATHAN SEIGEL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION,<br><br>             Plaintiff,<br><br>     vs.<br><br>WILLIAM BULLOCK STEWART III, and DOES 1-50, inclusive<br><br>             Defendants. | No. C08 02996 JF<br><br>**CROSS-DEFENDANTS'** ***AMENDED*** **NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM/CR0SS-COMPLAINT, OR ALTERNATIVELY, SEVER MOVING PARTIES**<br><br><u>Hearing</u>:<br>Date: October 10, 2008<br>Time: 9:00 a.m.<br>Place: U.S. District Court<br>          280 South 1st Street<br>          Courtroom 4, 5th Floor<br>          San Jose, CA |

**AMENDED NOTICE OF MOTION AND RELIEF DESIRED**

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on October 10, 2008 at 9:00 a.m. in Courtroom 3 of this Court located at 280 South 1st Street, 5th Floor, San Jose, California, Cross-Defendants SCHEEL LAW GROUP, LLP, SPENCER SCHEER, and JONATHAN SEIGEL ("Moving Parties") will move this Court for an Order dismissing the Counterclaim/Cross-Complaint against Moving Parties or, alternatively, severing Moving Parties from the Counterclaim/Cross-Complaint and remanding the claims against Moving Parties to state court.

**GROUNDS FOR MOTION**

Moving Parties should be dismissed from the Counterclaim/Cross-Complaint because there is no subject matter jurisdiction over them (FRCP 12(b)(1)) because no federal claim is raised as to Moving Parties and there is no diversity jurisdiction, and the Counterclaim/Cross-Complaint fails to state claim against them because all of Moving Parties' alleged conduct was privileged and/or not actionable in any event, and, because Moving Parties' alleged conduct was privileged, violates California Code of Civil Procedure Section 425.16 (FRCP 12(b)(6)). Alternatively, Moving Parties should be severed from the Counterclaim/Cross-Complaint and the claims against them remanded to state court (FRCP 21).

**RECORD FOR MOTION**

This Motion is based on this document, the Memorandum of Points and Authorities, the Declaration of Jonathan Seigel (as to the application of Code of Civil Procedure Section 425.16 only), the Certificate of Service, and on whatever argument and evidence the parties may offer at the hearing on this Motion.

Dated: August 25, 2008                SCHEER LAW GROUP, LLP


                                      /s/ Jonathan Seigel
                                      168224

SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
AUSTIN D. GARNER #184022
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
S.135-215S

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM BULLOCK STEWART III, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: C08 02996 RS <br><br> **PROOF OF SERVICE BY MAIL** <br><br> Hearing – <br><br> Date: October 10, 2008 <br> Time: 9:00 a.m. <br> Place: U.S. District Court <br>           280 South 1st Street <br>           Courtroom 3, 5th Floor <br>           San Jose, CA |

I, SHANNON MYLES, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California 94903.

On August 25, 2008, I served the within CROSS-DEFENDANTS' *AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM/CROSS-COMPLAINT, OR ALTERNATIVELY, SEVER MOVING PARTIES; CROSS-DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM/CROSS-COMPLAINT, OR ALTERNATIVELY, SEVER MOVING PARTIES; DECLARATION OF JONATHAN SEIGEL IN SUPPORT OF CROSS-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIM/CROSS-COMPLAINT, OR ALTERNATIVELY, SEVER MOVING PARTIES; CROSS-DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO

PROOF OF SERVICE - 1

1  DISMISS COUNTERCLAIM/CROSS-COMPLAINT, OR ALTERNATIVELY, SEVER
   MOVING PARTIES on the interested parties in this action by placing true and correct copies
2  thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at San
   Rafael, California, addressed as follows:
3

4  WILLIAM BULLOCK STEWART, III
   2094 EL CAMINO REAL, #218
5  SANTA CLARA, CA 95050

6  LEORA R. RAGONES
   LOMBARDI LOPER & CONANT, LLP
7  1999 HARRISON STREET, SUITE 2600
   OAKLAND, CA 94612
8
   ROSALIE A. GUANCIONE
9  15732 LOS GATOS BLVD., #410
   LOS GATOS, CA 95032
10
   STEWART UNIVERSITY OF AMERICA
11 2094 EL CAMINO REAL, #218
   SANTA CLARA, CA 95050
12
   LARKSPUR (GENERAL INNOV. WEST, LLC)
13 15732 LOS GATOS BLVD., #410
   LOS GATOS, CA 95032
14
   GENERAL INNOVATIONS WEST, INC.
15 2094 EL CAMINO REAL, #218
   SANTA CLARA, CA 95050
16
   DR. WILLIAM B. STEWART, JR.
17 WILLIAM B. STEWART, IV
   JENN STEWART
18 LANCE ARTHUR STEWART
   SHAENA A. STEWART
19 JAMES T. STEWART
   CAROL S. STEWART
20 C/O WILLIAM B. STEWART, III
   ROYAL HOUSE OF STEWART CORP., INC.
21 15732 LOS GATOS BLVD., #410
   LOS GATOS, CA 95032
22
   [ X ]   (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the
23            United States mail at San Rafael, California.

24 [   ]   (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for
             the collection and processing of correspondence for mailing with the United
25           States Postal Service; it is deposited with the United States Postal Service on the
             same date in the ordinary course of business at the business address shown above;
26           I am aware that on motion of the party served, service is presumed invalid if the
             postal cancellation date or postage meter date is more than one day after the date
27           of deposit for mailing contained in this declaration.

28 [   ]   (By Personal Service)  I caused such envelope to be delivered by hand to the
             addressee(s).

PROOF OF SERVICE - 2

1 [ ] BY OVERNIGHT MAIL: by depositing in a box or other facility regularly maintained by DHL, an express carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery provided for or paid.

[ X ] Executed on August 25, 2008, at San Rafael, California.

[ X ] (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

                                         /s/ Shannon Myles

H:\CLIENT CASES\SF POLICE V. STEWART\MOTION TO DISMISS-POS (8-25-08)

PROOF OF SERVICE - 3