SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
AUSTIN D. GARNER #184022
JONATHAN SEIGEL # 168224
155 N. Redwood Drive, Suite 100
San Rafael, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
S.135-215S

Attorneys for Plaintiff
SAN FRANCISCO POLICE CREDIT UNION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION,<br><br>        Plaintiff,<br><br>    vs.<br><br>WILLIAM BULLOCK STEWART III, and DOES 1-50, inclusive<br><br>        Defendants. | No. C08 02996 RS<br><br>**PLAINTIFF'S *AMENDED* NOTICE OF MOTION AND MOTION FOR REMAND**<br><br>Hearing:<br>Date:  October 10, 2008<br>Time: 9:00 a.m.<br>Place: U.S. District Court<br>      280 South 1st Street<br>      Courtroom 3, 5th Floor<br>      San Jose, CA |

**AMENDED NOTICE OF MOTION AND RELIEF DESIRED**

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on October 10, 2008, at 9:00 a.m. in Courtroom 3 of the United States Court, Northern District of California, located at 280 South 1st Street, 5th Floor, San Jose,

1

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR REMAND

California, Plaintiff SAN FRANCISCO POLICE CREDIT UNION (" Plaintiff") will move this Court for an Order remanding this cause to Superior Court of the State of California, County of Santa Clara, the court from which it was improperly and improvidently removed and for attorney's fees in the amount of $4,334.00.

**GROUNDS FOR MOTION**

Plaintiff is entitled to a remand of this action because, as is more fully explained in the Memorandum of Points and Authorities in Support of Motion for Remand and the Declaration of Jonathan Seigel, removal was improper because this court lacks subject matter jurisdiction over this matter. In particular, removal was improper because the Second Amended Complaint does not present a claim or right arising under the Constitution, treaties or laws of the United States. This claim is grounded solely on the laws of the State of California.

**RECORD FOR MOTION**

This Motion is based on this document, the Memorandum of Points and Authorities, the Declaration of Jonathan Seigel, the Certificate of Service, and on whatever argument and evidence the parties may offer at the hearing on this Motion.

Dated: August 25, 2008              SCHEER LAW GROUP, LLP


                                    /s/ Jonathan Seigel
                                    168224

2

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR REMAND

1  SPENCER P. SCHEER #107750
   JOSHUA L. SCHEER #242722
2  AUSTIN D. GARNER #184022
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   SCHEER LAW GROUP, LLP
4  155 N. REDWOOD DRIVE, SUITE 100
   SAN RAFAEL, CA  94903
5  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910
6  S.135-215S

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO POLICE CREDIT UNION, | Case No.: C08 02996 RS |
| Plaintiff, | **PROOF OF SERVICE BY MAIL** |
| vs. | Hearing – |
| WILLIAM BULLOCK STEWART III, and DOES 1-50, inclusive, | Date:  October 10, 2008<br>Time: 9:00 a.m. |
| Defendants. | Place: U.S. District Court<br>        280 South 1st Street<br>        Courtroom 3, 5th Floor<br>        San Jose, CA |

I, SHANNON MYLES, declare that:

I am employed in the County of Marin, State of California.  I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California  94903.

On August 25, 2008, I served the within PLAINTIFF'S *AMENDED* NOTICE OF MOTION AND MOTION FOR REMAND; PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND; PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR REMAND; DECLARATION OF JONATHAN SEIGEL IN SUPPORT OF MOTION FOR REMAND on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at San Rafael, California, addressed as follows:

PROOF OF SERVICE - 1

1 | WILLIAM BULLOCK STEWART, III
2094 EL CAMINO REAL, #218
2 | SANTA CLARA, CA 95050

3 | LEORA R. RAGONES
LOMBARDI LOPER & CONANT, LLP
4 | 1999 HARRISON STREET, SUITE 2600
OAKLAND, CA 94612
5
ROSALIE A. GUANCIONE
6 | 15732 LOS GATOS BLVD., #410
LOS GATOS, CA 95032
7
STEWART UNIVERSITY OF AMERICA
8 | 2094 EL CAMINO REAL, #218
SANTA CLARA, CA 95050
9
LARKSPUR (GENERAL INNOV. WEST, LLC)
10 | 15732 LOS GATOS BLVD., #410
LOS GATOS, CA 95032
11
GENERAL INNOVATIONS WEST, INC.
12 | 2094 EL CAMINO REAL, #218
SANTA CLARA, CA 95050
13
DR. WILLIAM B. STEWART, JR.
14 | WILLIAM B. STEWART, IV
JENN STEWART
15 | LANCE ARTHUR STEWART
SHAENA A. STEWART
16 | JAMES T. STEWART
CAROL S. STEWART
17 | C/O WILLIAM B. STEWART, III
ROYAL HOUSE OF STEWART CORP., INC.
18 | 15732 LOS GATOS BLVD., #410
LOS GATOS, CA 95032
19
[ X ]   (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the
20          United States mail at San Rafael, California.

21 | [  ]   (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for
            the collection and processing of correspondence for mailing with the United
22          States Postal Service; it is deposited with the United States Postal Service on the
            same date in the ordinary course of business at the business address shown above;
23          I am aware that on motion of the party served, service is presumed invalid if the
            postal cancellation date or postage meter date is more than one day after the date
24          of deposit for mailing contained in this declaration.

25 | [  ]   (By Personal Service)  I caused such envelope to be delivered by hand to the
            addressee(s).
26
[  ]   BY OVERNIGHT MAIL: by depositing in a box or other facility regularly maintained by
27     DHL, an express carrier, or delivering to a courier or driver authorized by said express
       service carrier to receive documents, a true copy of the foregoing document in sealed
28     envelopes or packages designated by the express service carrier, addressed as stated
       above, with fees for overnight delivery provided for or paid.

PROOF OF SERVICE - 2

1
2   [ X ]   Executed on August 25, 2008, at San Rafael, California.

3   [ X ]   (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4   [ X ]   (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.
5

6                                   /s/ Shannon Myles

7
    H:\CLIENT CASES\SF POLICE V. STEWART\MOTION TO REMAND-POS (8-25-08)
8

PROOF OF SERVICE - 3