FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rosalie A. Guancione<br>15732 Los Gatos Blvd. #410<br>Los Gatos, CA 95032<br><br>TELEPHONE NO.: 408-453-5446    FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | FILED<br><br>2008 AUG 25 P 2: 43<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: US District Ct., Northern District of CA
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: San Jose Div.

PETITIONER/PLAINTIFF: SF Police Credit Union

RESPONDENT/DEFENDANT: William B. Stewart, III

OTHER PARENT: N/A

**PROOF OF SERVICE BY MAIL**

CASE NUMBER:
#C08 02996

**NOTICE: To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):

   1) Cross-Complainant Rosalie Guancione's Opposition to Plaintiff's Motion to Dismiss with personal declaration and Proposed Order
   2) Defendant Stewart's Notice of Address Change (correction)
   3) Notice of Cross-Complainant and Counter Complainant Interested Parties
   4) Notice of Cross-Defendants and Counter Defendants Interested Parties

   by enclosing them in an envelope AND
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Leora R. Ragones, Lombardi, Loper & Conant, LLP
   b. Address:   Lake Merritt Plaza, 1999 Harrison St., Ste. 2600
                 Oakland, CA 94612
   c. Date mailed: delivered in person
   d. Place of mailing (city and state):

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2008

_____
G. Anthony
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2003]    **PROOF OF SERVICE BY MAIL**    Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Rosalie A. Guancione<br>15732 Los Gatos Blvd. #410<br>Los Gatos, CA 95032<br><br>TELEPHONE NO.: 408-453-5446    FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | **FILED**<br><br>2008 AUG 25 P 2:43<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: US District Ct., Northern District of CA
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: San Jose Div.

PETITIONER/PLAINTIFF: SF Police Credit Union

RESPONDENT/DEFENDANT: William B. Stewart, III

OTHER PARENT: N/A

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>#C08 02996 |
|---|---|

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):

   1) Cross-Complainant Rosalie Guancione's Opposition to Plaintiff's Motion to Dismiss with personal declaration and Proposed Order
   2) Defendant Stewart's Notice of Address Change (correction)
   3) Notice of Cross-Complainant and Counter Complainant Interested Parties
   4) Notice of Cross-Defendants and Counter Defendants Interested Parties

   by enclosing them in an envelope AND
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Jonathan Seigel – Scheer Law Group
   b. Address: 155 No Redwood Dr Ste # 100
      San Rafael, CA 94903
   c. Date mailed: delivered in person
   d. Place of mailing (city and state):

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2008

G. Anthony
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-335 [Rev. January 1, 2003] | **PROOF OF SERVICE BY MAIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.USCourtForms.com