FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mrs Rosalie Merriman Stewart<br>2094 El Camino Real #218<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: 408-453-0530    FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | **FILED**<br><br>2008 AUG 25  P 2: 41<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: Downtown Superior Court

PETITIONER/PLAINTIFF: SF Police Credit Union

RESPONDENT/DEFENDANT: William B. Stewart, III

OTHER PARENT: N/A

**PROOF OF SERVICE BY MAIL**

CASE NUMBER:
#C08 02996 / JF

**NOTICE: To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):

   1) Opposition To Motion To Dismiss - Mrs Rosalie Merriman Stewart
   2) Personal Declaration - Mrs Rosalie Merriman Stewart
   3) Proposed Order On Motion To Dismiss

   by enclosing them in an envelope AND
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: City, City Council Members, Police Cheif
   b. Address:          c/o City Attorney, 200 E. Santa Clara St
                        San Jose, CA 95113
   c. Date mailed: August 23, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2008

G. Anthony
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2003]

**PROOF OF SERVICE BY MAIL**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mrs Rosalie Merriman Stewart<br>2094 El Camino Real #218<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: 408-453-0530   FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | FILED<br>2008 AUG 25  P 2: 36<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: Downtown Superior Court

PETITIONER/PLAINTIFF: SF Police Credit Union

RESPONDENT/DEFENDANT: William B. Stewart, III

OTHER PARENT: N/A

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: #C08 02996 JF

**NOTICE: To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):

   1) Opposition To Motion To Dismiss - Mrs Rosalie Merriman Stewart
   2) Personal Declaration - Mrs Rosalie Merriman Stewart
   3) Proposed Order on Motion To Dismiss

   by enclosing them in an envelope AND
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: San Mateo Co., Co. Board of Supervisors, Dept of Corrections, Judge G Buckwald,
   b. Address:         Commissioner Gruber   c/o San Mateo Co Attorney
                       400 County Center, Redwood City, CA 94063
   c. Date mailed: August 23, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2008

G. Anthony
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2003]

**PROOF OF SERVICE BY MAIL**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mrs Rosalie Merriman Stewart<br>2094 El Camino Real #218<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: 408-453-0530   FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | **FILED**<br><br>2008 AUG 25 P 2: 37<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.<br>MAILING ADDRESS: 280 So. First Street<br>CITY AND ZIP CODE: San Jose, CA 95113-3099<br>BRANCH NAME: Downtown Superior Court | |
| PETITIONER/PLAINTIFF: SF Police Credit Union<br>RESPONDENT/DEFENDANT: William B. Stewart, III<br>OTHER PARENT: N/A | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>#C08 02996 JF |

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):

   1) Opposition To Motion To Dismiss - Mrs Rosalie Merriman Stewart
   2) Personal Declaration - Mrs Rosalie Merriman Stewart
   3) Proposed Order on Motion To Dismiss

   by enclosing them in an envelope AND
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: San Mateo City, City Council Members, Police: Chief, Officers: Stewart, Scott
   b. Address:   Miller, Dave Peruzarro    c/o San Mateo City Attorney
      330 West 20th Ave., San Mateo, CA 94403
   c. Date mailed: August 23, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2008

G. Anthony
(TYPE OR PRINT NAME)

▶ _[signature]_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-335 [Rev. January 1, 2003] | **PROOF OF SERVICE BY MAIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mrs Rosalie Merriman Stewart<br>2094 El Camino Real #218<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: 408-453-0530   FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | FILED<br>2008 AUG 25  P 2: 43<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: Downtown Superior Court

PETITIONER/PLAINTIFF: SF Police Credit Union

RESPONDENT/DEFENDANT: William B. Stewart, III

OTHER PARENT: N/A

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>#C08 02996 / JF |
|---|---|

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):

   1) Opposition To Motion To Dismiss - Mrs Rosalie Merriman Stewart
   2) Personal Declaration - Mrs Rosalie Merriman Stewart
   3) Proposed Order On Motion To Dismiss

   by enclosing them in an envelope AND
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Leora R Ragones - Lombardi, Loper & Conant, LLP
   b. Address: Lake Merritt Plaza - 1999 Harrison St., Ste 2600
      Oakland, CA 94612
   c. Date mailed: August 20, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2008

G. Anthony
(TYPE OR PRINT NAME)                            (SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-335 [Rev. January 1, 2003] | **PROOF OF SERVICE BY MAIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mrs Rosalie Merriman Stewart<br>2094 El Camino Real #218<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: 408-453-0530     FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | **FILED**<br><br>2008 AUG 25 P 2: 37<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.<br>MAILING ADDRESS: 280 So. First Street<br>CITY AND ZIP CODE: San Jose, CA 95113-3099<br>BRANCH NAME: Downtown Superior Court | |
| PETITIONER/PLAINTIFF: SF Police Credit Union<br>RESPONDENT/DEFENDANT: William B. Stewart, III<br>OTHER PARENT: N/A | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>#C08 02996 / JF |

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):
   1) Opposition To Motion To Dismiss - Mrs Rosalie Merriman Stewart
   2) Personal Declaration - Mrs Rosalie Merriman Stewart
   3) Proposed Order On Motion To Dismiss

   by enclosing them in an envelope AND
   a. [✓] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: County Supervisors, County of Santa Clara, Dept. of Corrections, Judge Bernal
   b. Address: c/o County Attorney, 70 West Hedding St., East Wing 10th Floor
              San Jose, CA 95110
   c. Date mailed: August 23, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 23, 2008

G. Anthony
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-335 [Rev. January 1, 2003] | **PROOF OF SERVICE BY MAIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mrs Rosalie Merriman Stewart<br>2094 El Camino Real #218<br>Santa Clara, CA 95050<br><br>TELEPHONE NO.: 408-453-0530   FAX NO.:<br>ATTORNEY FOR (Name): In Proper Persona | FILED<br>2008 AUG 25 P 2: 43<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA, S.J. |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: US District Ct., Northern District of CA, San Jose Div.
MAILING ADDRESS: 280 So. First Street
CITY AND ZIP CODE: San Jose, CA 95113-3099
BRANCH NAME: Downtown Superior Court

PETITIONER/PLAINTIFF: SF Police Credit Union
RESPONDENT/DEFENDANT: William B. Stewart, III
OTHER PARENT: N/A

CASE NUMBER: #C08 02996 / JF

## PROOF OF SERVICE BY MAIL

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   POB 6341
   Santa Clara, CA 95056

3. I served a copy of the following documents (specify):
   1) Opposition To Motion To Dismiss - Mrs Rosalie Merriman Stewart
   2) Personal Declaration - Mrs Rosalie Merriman Stewart
   3) Proposed Order On Motion To Dismiss

   by enclosing them in an envelope AND
   a. [✓] depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Jonathan Seigel - Scheer Law Group
   b. Address: 155 No Redwood Dr., #100
      San Rafael, CA 94903
   c. Date mailed: August 20, 2008
   d. Place of mailing (city and state): San Jose, CA 95123

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 20, 2008

G. Anthony
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-335 [Rev. January 1, 2003] | **PROOF OF SERVICE BY MAIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.USCourtForms.com |
|---|---|---|